**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**CHIEF JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

August 29, 2017

MEMORANDUM TO COUNSEL RE:    *USA v. Montana Barronette, et al.*,
                              Criminal No. CCB-16-0597

Dear Counsel:

This will confirm the results of our telephone conference today.

Given the uncertainty as to how the case will proceed with respect to the defendants facing capital charges (Barronette, Bazemore, Harrison, and Taylor), and because the government will be providing additional discovery by the end of this week (principally the homicide files), defense counsel on the call unanimously requested additional time before a motions deadline is set. The court agrees this request is reasonable.

A status report is due from the government on **September 29, 2017**, addressing the status of the capital charges. Counsel also should confer so that the government may advise me on **September 29, 2017**, how soon a deadline may be set at least for all non-capital motions.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                        Sincerely yours,

                                        /S/

                                        Catherine C. Blake
                                        United States District Judge

cc:    Maureen Essex