

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Daniel C. Gardner* | *Mailing Address:* | *Office Location:* | *DIRECT: 410-209-4815* |
| *Assistant United States Attorney* | *36 S. Charles Street, 4th floor* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Daniel.Gardner@usdoj.gov* | *Baltimore, MD 21201* | *Baltimore, MD 21201* | |

November 13, 2017

Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    <u>United States of America v. Montana Barronette et al</u>
              Criminal No. CCB-16-597

Dear Judge Blake:

      The purpose of this letter is to provide the Court with a status report and to request that the Court set a new status report date in 45 days. On December 14, 2016, the grand jury returned an Indictment, charging five defendants with conspiracy to distribute and possession with intent to distribute heroin. The Superseding Indictment also charges several of the defendants with possession with intent to distribute a controlled substance. On June 29, 2017, the grand jury returned a Superseding Indictment, charging ten defendants with racketeering conspiracy, four defendants with violent crime in aid of racketeering, and two defendants with possession of a firearm in furtherance of a drug trafficking crime.

      To date, one defendant remains a fugitive (Taylor), two of the twelve defendants have pled guilty (Chatman and Woodfolk), and there have been no motions filed. With one exception, the government has disclosed the majority of evidence related to the ten homicides referenced in the Superseding Indictment. The government intends to disclose that material in the next several days.

      On August 29, 2017, the Court held a status conference and directed the parties to file a status report in this case on September 29, 2017. On September 29, 2017, the government, with the consent of the parties, requested an additional forty-five days to review the discovery, engage in plea negotiations, and provide the Capital Case Section ("CCS") time to review our Office's recommendation as to the four defendants charged with a death eligible offense in Count Two. The CCS has completed its review of the case and will present the matter to the Attorney General in the next several weeks.

Based on the foregoing, the government, without objection from the parties,[1] requests that the Court set a motions' schedule, motions' hearing, and trial date.[2]

Very truly yours,

Stephen M. Schenning
Acting United States Attorney

By:_____/s/_____
Daniel C. Gardner
Christopher Romano
Assistant United States Attorneys

cc:   All counsel (via CM/ECF)

---

[1] The government provided this status report to all parties, but did not receive a response from all counsel.

[2] At a minimum, the government requests that the Court set a schedule for all non-capital motions, pending the Attorney General's review of the case.