# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
CATHERINE C. BLAKE  
CHIEF JUDGE

U.S. COURTHOUSE  
101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-3220  
Fax (410) 962-6836

December 8, 2017

MEMORANDUM TO COUNSEL RE:     *USA v. Montana Barronette, et al.*, Criminal No. CCB-16-0597

Dear Counsel:

This will confirm the results of our telephone conference call on December 5, 2017.

All non-capital defense motions are due **March 2, 2018**. **May 4, 2018** has been reserved for a motions hearing beginning at 9:30 a.m. in Courtroom 1A.

The five-week jury trial of this case will begin **September 17, 2018** in Courtroom 1A. The court probably will sit on Fridays, but will not sit September 20, September 24 or September 25, or October 1 or October 2, if necessary, to accommodate religious holidays. A pretrial conference will be scheduled at a later date.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/S/

Catherine C. Blake  
United States District Judge