```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
2                      NORTHERN DIVISION

3  UNITED STATES OF AMERICA,    )
         Plaintiff,             )
4                               )
         vs.                    )  CRIMINAL CASE NO. CCB-16-597
5                               )
   MONTANA BARRONETTE,          )
6        Defendant.             )
   _____ )
7

8                  Friday, February 15, 2019
                        Courtroom 7D
9                    Baltimore, Maryland

10

11        BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE

12                         SENTENCING

13
   For the Plaintiff:
14
   Christopher Romano, Esquire
15 John Hanley, Esquire
   Assistant United States Attorneys
16
   For the Defendant:
17
   Alan Bussard, Esquire
18 Michael Lawlor, Esquire

19 Also Present:

20 TFO/Detective Mark Neptune, Baltimore Police Department
   Eleanor Urban, U.S. Probation Officer
21 _____

22
                         Reported by:
23
                  Douglas J. Zweizig, RDR, CRR
24              Federal Official Court Reporter
                101 W. Lombard Street, 4th Floor
25                 Baltimore, Maryland  21201
```

2

```
 1                    P R O C E E D I N G S

 2        (2:23 p.m.)

 3            THE COURT:  Good afternoon, everyone.  Be seated,

 4   please.

 5            MR. ROMANO:  Good afternoon, Your Honor.

 6            THE COURT:  Do you want to call the case, Mr. Romano.

 7            MR. ROMANO:  Thank you, Your Honor.

 8        Your Honor, calling the matter of United States versus

 9   Montana Barronette.  We're here for sentencing of

10   Mr. Barronette as a result of the jury's verdict on Counts 1

11   and 3 of the second superseding indictment.

12        Present at counsel table for the Government are

13   Assistant U.S. Attorney John Hanley, Task Force

14   Officer Mark Neptune with the FBI, and Chris Romano,

15   representing the United States.

16        Thank you.

17            THE COURT:  All right.  Thank you.

18        Mr. Bussard.

19            MR. BUSSARD:  Good afternoon, Your Honor.

20   Alan Bussard, representing Montana Barronette, who is to my

21   right at the trial table; along with co-counsel,

22   Michael Lawlor.

23            THE COURT:  All right.  Thank you.

24            MR. LAWLOR:  Good afternoon, Your Honor.

25            THE COURT:  You can all be seated.  Good afternoon.
```

1           All right.  We are here for sentencing for

2    Mr. Barronette following the jury's guilty verdict on Count 1,

3    the RICO conspiracy, and Count 3, narcotics distribution

4    conspiracy.

5           I have the presentence report and sentencing memoranda

6    from both sides.  Thank you.

7           As counsel know, I need to start with the presentence

8    report and the advisory guideline range.  The presentence

9    report I have, prepared December 7th of 2018.

10          Mr. Romano, any additions, corrections, or

11   modifications?

12          **MR. ROMANO:**  No, Your Honor.

13          **THE COURT:**  Mr. Bussard, and just for the record,

14   obviously you have read that.  Has Mr. Barronette had the

15   chance to review it with you?

16          **MR. BUSSARD:**  Yes, Your Honor.  We met back in January

17   and reviewed the presentence report, and there's no objections.

18          **THE COURT:**  Okay.  Thank you.

19          All right.  Well, I'm not going to go through the

20   entire mechanism by which the guidelines were calculated.  I

21   don't think there's any disagreement because of the number, in

22   particular the number of murders involved, and the way these

23   things are grouped, the offense level actually comes to a 48.

24   However, 43 is the maximum under the guidelines.

25          Mr. Barronette is a Criminal History Category I.  The

1    guideline range, however, is life in prison.

2          And I am aware of what's in the sentencing memos.

3    But, of course, I'm happy to hear what counsel or, Mr. Romano,

4    if there's anybody else that wants to be heard from; then,

5    obviously, it will be the same for Mr. Barronette's side.

6          **MR. ROMANO:**  Your Honor, I believe one of the family

7    members of one of the victims, I've been advised by our victim

8    witness coordinator, is here and would like to address the

9    Court.  So I would ask her to step forward.

10         **THE COURT:**  If she can come to that podium and just

11   speak at the microphone.

12         **THE CLERK:**  Ma'am, please state your name for the

13   record.

14         **VALENCIA BULLOCK:**  Valencia Bullock.

15         **THE CLERK:**  I'm sorry?

16         **VALENCIA BULLOCK:**  Valencia Bullock.

17         **THE CLERK:**  Thank you.

18         **THE COURT:**  Yes, ma'am?  Whatever you'd like to say.

19         **VALENCIA BULLOCK:**  I just want to say that on

20   May 25th, me and my son was together that morning, all morning.

21   Took him to MVA.

22         We came back to my mother's house.  I watched my son

23   walk into the door.  I told him that I would come back and see

24   him later 'cause I wasn't seeing him so much.

25         I watched my son walk into the door, shut the door,

1    and then I pulled off.

2          When I got my son's brother out of school, his father

3    and I went back over west -- like I said, I would see him

4    later.  And when we got over there, he wasn't at my mother's

5    house.

6          So when his father left, he went to his mother's

7    house, which is four blocks from my mother.  He called me, he

8    said Tony's here.  He said he asked him if he was good, he said

9    yeah.

10         I said, well, tell him I'll see him later before I go

11   home.  That was that.

12         And within a few hours, I didn't hear sirens.  I

13   didn't hear helicopters.  I didn't hear anything.  I'm sittin'

14   on the step watching my son T. play.  He was 9 years old at the

15   time, when this lady came up to me and she started asking for

16   my mother.  And then she said, Are you Tony's mother?  And I

17   said, Yes.

18         She said, Somebody said Tony got shot on Carey Street.

19   My heart just started racing.  It was like I could not breathe.

20   I started calling his phone.  I started walking towards

21   Carey Street, and it just seemed like it was so far to get

22   there that I asked somebody could they give me a ride down the

23   street.

24         When I got down there, the block was full of police,

25   people, tape.  I get down there, I don't see anybody that I

1  know.  So I walk into his grandmother's house, I see the glass

2  shattered.  I walk inside, I see blood where my son must have

3  fallen.

4          The police came and are like, Miss, you've got to

5  leave.  And I'm asking him, like, Where is my son?  He just

6  keeps saying, You got to leave.

7          So when I go back outside, this lady said, They took

8  him to the hospital.  Do you need a ride?  I said, Yeah.

9          This lady was going through all the lights trying to

10  get me there.

11          I get to the hospital, I'm thinking, like, okay, my

12  son is hurt, but he's going to be okay.  I'm going to stay the

13  night with him.

14          The doctor finally called me and my daughter and my

15  son's baby mother in the back and she said, Your son's heart

16  stopped and then it started and then it stopped.

17          I couldn't believe what I was hearing.  I've never

18  been the kind of mother to go out and drink.  I don't smoke.  I

19  don't party.  I don't do drugs.  I invest all my time with my

20  kids.  Me and my son were very close.  There's nothing I

21  wouldn't do for him.  I don't care what time of day, what time

22  of night he called me, whenever he need me.  If I was at work,

23  I would leave if he needed me.

24          To know that I was leaving that hospital without my

25  son was the worst thing in the world.  It's the worst pain you

1    can ever feel.  You relive it every day.  Every day.

2            Later, when we got home, I had to go back and tell my

3    mother, who's very close to my son, that my son was dead.

4            I had to tell my youngest son, who was 9, that his

5    brother was dead.

6            I had to tell Tony's daughter K. -- she was 6 years

7    old -- her father was dead.  When I told her that her father

8    was dead, I asked her, I said, Did you hear from your father

9    today?  She said, No.

10           I told her that her father had got shot, that he died.

11   He was not coming back.

12           My granddaughter just fell to her knees.  I told her

13   who killed her father.  I told her it was Tana.  She knows

14   Tana.

15           She said, No, grandma, that's my father's friend.  I

16   said, No.  He killed your father.  I told her that was our

17   secret, don't tell anybody, but if she ever saw him, not to go

18   near him.

19           Every day since this has happened, it's hard for me.

20   I can't sleep.  I could be in a good mood, and the next thing

21   you know, I'm in tears.

22           Sometimes I'm driving and I pull over, I'm listening

23   to a song, and the next thing you know, I'm in tears, I got to

24   pull over.

25           I've been at work where I cry and I can't even do my

1   job because I have to leave 'cause I'm so emotional.

2         My son was a good person.  I don't care what anybody

3   thinks or anybody feels.  My son wasn't just some person on the

4   corner.  My son finished high school, like he said.  My son had

5   a job.  My son was an involved parent with his daughter.  He

6   went to her school.  He helped her with her homework.  He took

7   her out where they had time together, him and her.  He's always

8   been there for her.  He's always been a good son, a good

9   brother, a good friend.  Loyalty and respect means a lot to my

10  son.

11        So ever since then, I just try to live day by day.

12  It's hard to get through these days.  Every day, one day out of

13  the week, one day out of the week I go to the cemetery.  I

14  don't care if it's snowing, if it's raining, if it's cold, if

15  it's hot, I don't care.  I make it there once a week, clean

16  Tony's stone, and leave him flowers.  It's hard going there,

17  but it's mostly hard to leave because I'm not going back with

18  my son.

19        I used to sit up there and watch the news before this

20  happened, and I used to just -- I didn't know why people were

21  killed, but I felt bad for their families.  And then it was me.

22  It's my son.

23        I've been in counseling.  I've had suicidal thoughts.

24  Just yesterday my youngest son, he's 12 now, he came in the

25  room.  I don't like to let him see me cry, but he comes in and

1    he tries to comfort me.

2           I talked to Tony's daughter.  I asked her how does she

3    feel about -- how does she feel, did she want to talk about her

4    dad or anything.  She feels like she can't express her

5    emotions.  She said she thinks it's best if she holds it in.

6    She's 9 now.

7           She fights at school because when the kids get mad at

8    her, they say to her, That's why your father's dead.  It's so

9    hurtful the things that we go through every day to make it

10   through the day.

11          So I just feel like -- I feel like Montana Barronette

12   is the devil's child.  Nobody could be that evil to do so many

13   murders, hurt so many people, take people away from their

14   families, their children.

15          I just want to end it and just say that I just thank

16   everybody that was involved.  I thank the jurors.  The

17   witnesses, for whatever reason, they came up and did what they

18   did and said what they said.  I thank them.

19          I thank the Baltimore City Police, especially

20   Dawnyell Taylor.  She's always kept me informed.  I used to

21   e-mail this lady so much.  Even though she couldn't disclose

22   things to me, she would just say, I'm working on it.  But it

23   meant a lot just to hear her response.

24          She even shared a part of her life with me with her

25   brother being murdered.  She said, You know what, you sound

1    like my mother when you talk, 'cause I'm always talking about

2    my son.

3              So I just thank everybody, everybody that this man

4    will ever walk these streets again and hurt anybody.

5              That's just all I'm just going to say.

6              **THE COURT:**  Thank you.

7              **MR. ROMANO:**  Your Honor, there were other family

8    members of victims who contacted our office but explained that

9    they were uncomfortable with appearing here for a number of

10   reasons, not the least of which were concerns for safety.

11             I'd like to address the Court with regard to what the

12   Government believes is the appropriate sentence in this case.

13             We filed a sentencing memorandum.  I'm not going to

14   repeat everything that's in there, but I believe there are some

15   points that need to be addressed, not the least of which is

16   Montana Barronette's a killer, and he's a killer without a

17   conscience.

18             When the jury announced its verdict, I was watching

19   Montana Barronette to see what his reaction would be.

20             Normally I'd look at the jury and try to gauge what

21   their response is going to be to the questions that are put to

22   them.

23             But this time I wanted to look at Montana Barronette

24   and see what his reaction was when the jury announced its

25   verdict.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1        And what was his reaction?  He smiled.  He smiled.

2        Now, I suppose one could say that that smile was one

3   of disbelief, but we all in this courtroom know that it was

4   not.

5        His smile, when the jury announced its verdict that he

6   was responsible for six murders, demonstrated a complete lack

7   of conscience, a complete lack of remorse.

8        And we know that, Your Honor, because of the evidence

9   that was presented at trial.

10       When Montana Barronette was being interviewed by

11  law enforcement concerning the murder of Brian Chase --

12  Your Honor will recall that video -- the murder that happened

13  on January 4th of 2015, that was the murder where Mr. Chase was

14  shot in the alley.  He crawled from the alley to the backyard

15  of a nearby residence where he was shot a second time by

16  Montana Barronette.

17       And during that interview -- and I'm sure Your Honor

18  will recall this -- the investigators, when they talked to

19  Montana Barronette, his reaction was -- not only did he smile,

20  but he laughed.  He laughed about Brian Chase being found

21  facedown in that backyard, lying facedown in dog feces.

22       So what kind of an individual reacts that way?  The

23  same individual, the same person who smiled and laughed when he

24  talked about the murder of Antonio Addison -- and we just heard

25  from his mother.

1       And he laughed about the fact that Antonio Addison had

2   been shot and had crawled up the steps of his grandmother's

3   house and where the evidence established that he was found

4   lying bleeding and dead in that hallway.

5       Now, the Government, as part of its sentencing

6   memorandum, attached in Exhibit 2 was a Facebook posting that

7   Montana Barronette had, and it said, quote, "I kill you all if

8   I could.  I ain't scared of none of you 'cause you know my aim

9   is good."

10      Well, his aim wasn't all that good because on at least

11  one occasion, July 7th of 2015, where Montana Barronette and

12  his co-conspirators murdered three people, two of them were

13  innocent bystanders.

14      And while they shot at the intended target, there were

15  more than 50 shots fired that killed those three people.

16      Based on Montana Barronette's actions, as Your Honor

17  just mentioned a minute ago, his offense level is a 43; but

18  it's really off the charts.

19      48 is what his combined offense level is.  But, as the

20  sentencing guidelines and as Ms. Urban's presentence report

21  states, "In those," quote, "rare instances in which the total

22  offense is calculated in excess of 43, as is here, it's limited

23  and treated as a base offense level of 43."

24      So where does that leave us?

25      The Government's recommending a sentence on Count 1 of

1    life imprisonment; and on Count 3, a sentence of 10 years

2    consecutive to that sentence of life imprisonment on Count 1.

3            Montana Barronette, despite his youthful age and

4    appearance, is nothing more than a cold, calculating killer.

5    He led TTG, and now he must be held accountable.  And that is

6    why the Government is seeking the sentences that it does.

7            **THE COURT:**  Mr. Romano, let me ask you -- and, of

8    course, I saw that recommendation.  I understand your instinct

9    there.

10           I am not sure, first of all, that it makes any

11   practical difference.

12           But, second, that it is more practically protective in

13   the long run not to have two concurrent life sentences in

14   place.

15           I understand your thought, but does it make any

16   practical difference?

17           **MR. ROMANO:**  Well, I would say this, Your Honor --

18   here's my concern.  From time to time, Congress, in what people

19   refer to as its wisdom, changes laws with regard to sentencing.

20           We had the so-called sentencing reforms under a prior

21   administration, and we now have what's known as the

22   First Step Act.

23           I will tell you this:  The First Step Act will have an

24   effect on some of these sentences that come up.  And it will

25   come up and it will affect it in this way:  It will lessen the

1     potential exposure that some of these other defendants have.

2          And this is my concern:  That 10, 20, 30 years from

3     now that we may undergo another type of revision of punishment.

4     And we can debate whether it's appropriate or not, the ones

5     that happened under prior administrations or even under the

6     current administration, but my concern is this, that if there

7     are changes, a life sentence may not mean a life sentence

8     anymore.  It may mean something less than that.  It may mean

9     something less than that.

10         So even two concurrent life sentences, if it

11    changes -- and a life sentence no longer means a life sentence.

12    It may mean 20 years, it may mean 30 years before you're

13    eligible for some type of release.

14         At least with a consecutive sentence imposed on top of

15    that life sentence, there is a better chance that people like

16    Montana Barronette will remain in jail for as long as

17    necessary, as long as necessary to protect the public, as long

18    as necessary to protect the citizens of Baltimore, as long as

19    necessary to punish what have been outrageous and egregious

20    acts.  So that's why the Government recommended what it did.

21         Now, again, I don't have a crystal ball, and I know

22    Your Honor doesn't either.  And we don't know whether two

23    concurrent life sentences -- and clearly, he's eligible for a

24    life sentence on both, on both.

25         And one might argue, well, maybe he should get two

```
 1   consecutive life sentences, because if the law does change,
 2   maybe that'll give us some sense of protection from people like
 3   Montana Barronette.  People who say we're not hustling today,
 4   we're hunting.  We're hunting, which is what he told
 5   Dennis Pulley when they were out looking for people to murder.
 6              Your Honor will recall that the conversation that he
 7   had where one of his corner boys, Mike, had been robbed of the
 8   measly sum of $40 worth of drugs, and they were out looking to
 9   kill him, the person that robbed him.
10              And that's what led, actually, to the recovery of the
11   one firearm that ballistics matched the triple murder in July
12   and then the murder of Dominique Harris.
13              So from a standpoint of when we look at the Title 18
14   3553(a) factors -- and we've outlined them, and I know
15   Your Honor knows them quite well -- the most appropriate
16   factors here are protection of the public, punishment, and that
17   the sentence reflect the seriousness of the crime.
18              Now, whether that's two concurrent life sentences --
19   or, as the Government requests, a life sentence plus 10
20   years -- is obviously the Court's decision.
21              But I would simply ask the Court that that sentence
22   that's imposed be -- and when we say and use those -- sometimes
23   those words, we just kind of gloss over 'em, "sufficient but
24   not greater than necessary."
25              The sentence here that has to be sufficient has to be
```

1    life.

2         Now, whether it's life plus 10 or two concurrent life

3    sentences, again, is Your Honor's call, but that's the

4    rationale behind the Government's recommendation.

5         And with that, unless the Court has any other

6    questions, I'll sit down and will be finished.

7         Thank you.

8         **THE COURT:**  Thank you, Mr. Romano.  Appreciate it.

9         Mr. Lawlor.

10        **MR. LAWLOR:**  Thank you, Your Honor.

11        So, Your Honor, this is challenging.  I think all the

12   sentencings I do in this court and in Greenbelt and in D.C. and

13   in federal court, this is the first time where I've seen this

14   many spectators here.

15        And I think probably everyone in this room expects you

16   to hand a life sentence down today, and I think most want you

17   to.

18        And I hope to convince you, Your Honor, that that is

19   not a just sentence here in this case.

20        In my preparation for this hearing today, I started

21   to -- and I mean no offense to Mr. Romano, but I could somewhat

22   anticipate some of the things that he would argue today, that

23   he would say about Mr. Barronette, how he would classify both

24   Mr. Barronette and the things that he's been convicted of

25   doing.

1    And so, as I have argued to you in the past, I will

2  again today, that, as I said, as I look to think about where we

3  are in the city and the things that we learned about during

4  this trial, I looked at the statistics about murders in

5  Baltimore.

6    And Mr. Barronette has been in jail for more than two

7  years and there have been, every year for several now,

8  including the years that Mr. Barronette has been incarcerated,

9  in excess of 300 murders each year.

10    And the Baltimore Sun has -- even for someone who is

11 as weathered as I am, who's been doing this for as long as I

12 have, has had as many RICO cases, as many murder cases as I've

13 done, state side, federal side, here, Greenbelt, D.C., it's

14 shocking to look at the lists and the graphics that they now

15 publish routinely because murder is such a part of the fabric

16 of the city.

17    And I looked and I saw not just 300 a year, but I

18 looked at how many have occurred so far in 2019.  And here we

19 are on February the 15th, and that number is 31.

20    I looked at the last 100; that took us only to last

21 October of 2018.

22    And then I looked at Montgomery County, and the reason

23 I looked, to be fair, is because I live there, and there may be

24 a certain element of what people think about Montgomery County,

25 but I live in Silver Spring.  I live in what I view to be a

1 | working-class neighborhood.  I don't consider myself to be
2 | wealthy.
3 |         And Montgomery County is probably twice the size of
4 | Baltimore City when it comes to population, and they have, some
5 | years, when there's a surge of violence, 30 homicides.  And in
6 | some years they have 15.  Last year they had 19.  Which, as I
7 | said, that's the entire calendar year.  Baltimore's had 31 in
8 | the calendar year 2019.
9 |         And so you may say, well, what does this have to do
10 | with Montana Barronette and these things that he has been
11 | convicted of doing?  And I submit to you, Your Honor, it has
12 | everything to do with him and everything to do with the things
13 | that he has been convicted of doing for this reason:  Not only
14 | did he -- was he born and raised in Baltimore City, but he was
15 | born and raised in probably the or one of the most violent
16 | parts of the city, which is Sandtown.
17 |         And a witness testified -- and forgive me for not
18 | recalling his name -- but a witness testified that he put
19 | Montana on the street selling drugs at 13 years old.
20 |         And so this brings me back to this difference between
21 | Silver Spring, Maryland, and Baltimore City or Sandtown, where
22 | I live now and where Montana Barronette spent his time because
23 | I used to say -- and I meant it then; and if I were to say it
24 | now, I would mean it -- that in all likelihood, if I grew up as
25 | Montana Barronette did and he grew up as I did, I'd be in that

1   chair and he'd be standing here.

2        I used to say that, but now I'm 47, and I have a

3   10-year-old son.  And so not quite 13, but a stone's throw from

4   13.

5        And so now that I'm a little older, instead of saying,

6   well, if I grew up as he did and he grew up as I did, well, now

7   I think of my son, who, as I said, is a stone's throw from 13.

8        I think of the things that he does and I think of this

9   notion of him selling drugs three years from now, and I don't

10  want to say that it makes me laugh 'cause it's horrifying

11  because 13 -- like, my 10-year-old son is a baby to me.  He

12  still watches cartoons, and I mean exclusively.

13       And so this notion that he'd be on the street selling

14  drugs at 13 years old, like I said, when -- I want to say it's

15  funny to me, but obviously that's clearly the wrong notion.

16  There's nothing funny about a 13-year-old child selling drugs.

17       It's horrifying, but that's what happened here and

18  that's the arc of Montana Barronette's life that began.  It

19  began well before that.  It began when he was born.

20       And I won't recite everything that happened to him

21  that we put in our sentencing memorandum, but he was born to

22  the streets and he was going to be a captive, as he ended up

23  being, to the streets.

24       And so I look around this room and I see people from

25  the U.S. Attorney's Office, from the Baltimore City Police

1   Department, and I don't criticize them for what they do.   I

2   would not want to live in a world without police and without

3   prosecution.

4          We live in a world with laws.  We live in a society

5   with laws, and we expect people to follow them and we don't.

6   We have police to arrest them; we have prosecutors to prosecute

7   them; we have judges who will oftentimes incarcerate them.   And

8   I expect that and I understand it and I wouldn't want to live

9   in a society that didn't have that.

10          But I also know that we live in a society that permits

11   what goes on in Baltimore to happen.  And when I say "permits,"

12   I mean we permit it.

13          And I don't say "they," I say "we."  I have blood on

14   my hands.  With all due respect, you have blood on your hands.

15   And Mr. Romano has blood on his hands 'cause this happens in a

16   society where it need not happen.

17          And I will not, you know, sit here for 15 minutes and

18   talk about government programs and resources and the allocation

19   of those resources.

20          But we all well know that if we made the decision as a

21   society to stop this, we could, but we do not have the

22   political fortitude to do it.

23          Now, I'm not a policy person, and that maybe sounds

24   like an abdication.  I have a client, I represent my client to

25   the best of my ability, that case ends, and then I have another

1  client.   That's my role in this system.

2       And with that, not only do I not have a role in

3  determining what the policy is that could break the cycle, but

4  I don't have the answer.  Even as someone who's been an actor

5  in the system for more than 20 years, I don't know what the

6  answer is.  I know there is one, but I know that we haven't

7  seized upon it.

8       And so this isn't to say that Montana Barronette did

9  things only because of where he comes from or because of our

10 failing as a society -- failings as a society that there should

11 not be a harsh punishment.

12      But I'll say this, Your Honor -- and it might age you

13 and myself here a little bit -- but when I first started coming

14 to federal court was around 2004, and I had a colleague who was

15 in the Lexington Terrace case.

16      And so what has changed in the 13 years since

17 Your Honor presided over that case?  Because I would imagine

18 what you heard there was entirely like what you heard here.

19      And so the point I'm making, Your Honor, is that there

20 is room for both punishment and an understanding that we failed

21 Mr. Barronette.

22      And it is unfortunate to me that we're failing to

23 recognize that we are failing not just Mr. Barronette, but so

24 many like him, because as I have said -- and the reason I made

25 this distinction between Montgomery County and Baltimore -- and

1  you're only talking about a distance of about 30 or 40 miles.

2  This isn't from here to Baghdad.  This is in the same state.  I

3  mean, I drive here.  And I don't leave my house at 6:00 in the

4  morning.  I leave at 8:00 to make a 9 o'clock court appearance.

5  It's a commute.

6        But all the bad kids weren't born in Baltimore.  It's

7  not just this coincidence that so many people end up doing the

8  things like Mr. Barronette did and so few do in

9  Montgomery County.

10       So there has to be, I'm submitting to you, a

11  recognition that we have failed Mr. Barronette and the other

12  defendants in this case and so many young men in

13  Baltimore City.

14       And to me it is perverse to, on the one hand, either

15  ignore that failure or acknowledge it but fail to account for

16  it in the sentence that is imposed.

17       And so I'm suggesting to you, Your Honor, that this is

18  not just a statistical analysis.  This isn't just me pining for

19  a city that doesn't have so much violence.  I'm submitting this

20  to you because Mr. Barronette is a victim of this.

21       And if Mr. Barronette had grown up in my home, he'd be

22  in his first job after college now.  But that's not what

23  happened because he didn't.  He didn't grow up in

24  Montgomery County.  He grew up in Baltimore with parents who

25  were not present or addicted to drugs.  He grew up in a place

1  where he would be selling drugs at the age of 13.  He grew up

2  with an older brother who was a co-defendant in this case, a

3  father who's been in and out of jail, and peers and people who

4  would influence him who sold drugs and committed acts of

5  violence.

6          And when I say he's a victim, I don't mean just in

7  that sense, but also in the sense that you saw from the

8  presentence report.  He had to stop going to funerals 'cause he

9  had been to too many of his friends' funerals that it began to

10  haunt him.

11          While he was incarcerated for this case, his sister

12  was murdered on these same streets.

13          And so, Your Honor, he sits here now.  He was born in

14  1995.  He was 21 when he was incarcerated for this case.

15          The first time frame in the indictment was 2010, which

16  made him 15.

17          And it would be easy -- and I think everybody in this

18  courtroom, save a handful of us, will sigh a sigh of relief of

19  the notion that Mr. Barronette should never walk free because

20  he's a danger to society, but that's a fallacy.

21          Again, I am not so naive to not understand that there

22  is going to be a significant and heavy punishment for this

23  crime.

24          But I submit to you, Your Honor, that you're not

25  sentencing just one person today.  You're sentencing this young

1    man who sits here today, who is now still only 23 or 24.

2            But you're also sentencing him at 34, 44, 54, 64, and

3    74.

4            And I will tell you, again, as someone who's been an

5    actor in the system for a long time, that I have met many --

6    because they have been my clients -- men who went to prison for

7    murder at 16 or 22 or 24 and that I was fortunate to aid in

8    their release when they were 54 and 64.  And those people are

9    not the same.

10           I mean, that sort of goes for all of us on a different

11   level.  And, again, we probably don't need to discuss our

12   younger selves to think of this comparison because this is a

13   particular conversation about a particular human nature, which

14   is criminality.

15           And so is Montana Barronette, at 64, really going to

16   be a threat to society?  And he's not.

17           And, Your Honor, I submit to you that you can do two

18   things here today.  You can impose a very significant sentence

19   that speaks to all the things that Mr. Romano asked you to

20   address and all the things that you're required to address

21   under 3553(a):  Punishment; protection of the public; a

22   message, if you will; deterrence to Mr. Barronette and to

23   others who might engage in this kind of conduct.  And you could

24   impose a sentence of 60 years, which, even accounting for good

25   time as it exists now -- because like Mr. Romano acknowledges,

1    none of us have a crystal ball.

2            And so I'd ask you to sentence him based on what we

3    know now, but not what we fear what Congress might do next year

4    or in five years or in ten years.

5            But on a 60-year sentence, he would serve 51 years

6    15 percent of 60, if my math is right, is 9 years.  60 less 9

7    is 51 years, which means he would get out of jail in his early

8    70s.

9            And I submit to you, Your Honor, that that is a fair

10   and appropriate resolution of this case, not just for the

11   reasons that I've addressed here today, but also it takes into

12   account the sentence that Your Honor did impose for a

13   co-defendant who pled guilty.  Different circumstances,

14   different acts, different accusations, but, nonetheless, it's

15   the only sort of in-case comparison we have.

16           I know Your Honor has -- and we all have -- many

17   circumstances of many cases, far too many cases, RICO sentences

18   imposed of 30 or 40 years.

19           And so I do think, taking into account the requirement

20   that Your Honor consider sentences imposed in similar cases,

21   that a sentence of 60 years would be an appropriate one.  And

22   so that is our request, Your Honor.

23           The last thing I will say is that we are submitting

24   that Count 3 should merge with Count 1 because it is listed in

25   the indictment specifically as a predicate act, so I would ask

1    Your Honor to impose a sentence only as to Count 1 and merge

2    the sentence -- or merge the conviction for Count 3 into that

3    of Count 1.

4         Thank you.

5         **THE COURT:**  Okay.  Thank you.  Thank you very much,

6    Mr. Lawlor.

7         Let me just ask, before I turn to your client, if

8    there are any recommendations.  I don't know that --

9         **MR. LAWLOR:**  Can I have your indulgence for one

10   moment, please?

11        **THE COURT:**  Of course.

12        **MR. LAWLOR:**  Can we have the husher, please.

13        **THE COURT:**  Yes.

14      (The defendant conferred with counsel.)

15        **MR. LAWLOR:**  Thank you, Your Honor.

16        And, Your Honor, Mr. Barronette, before we get to any

17   recommendations, did want to address the Court.

18        **THE COURT:**  Of course.  If you'd like to do that now,

19   that's fine.

20        Mr. Barronette, you have the right to tell me anything

21   you'd like to.

22        **THE DEFENDANT:**  Okay.  Good afternoon.  I just want to

23   apologize to Mr. Anderson' family, his daughter, his mother,

24   his sister for all the heartache and pain that they believe I

25   caused.

1              And I just want to say I was -- he was a good friend

2     and a good father to his daughter.  And I been with him when he

3     was taking and spending time with his daughter and things like

4     that and giving him advice on keeping his job and staying out

5     the streets and everything like that.

6              And I just want to just apologize to 'em.  That's it.

7              **THE COURT:**  Okay.

8              **THE DEFENDANT:**  Okay.  And I just want to thank my

9     loved ones, my family, friends for coming out and supporting me

10    and just riding this -- riding it out with me for as long as

11    they can and just uplifting me when I be feeling times when I

12    just be all over the place and stressin', just thank them.  And

13    thank my two lawyers for speakin' for me and fightin' for me

14    every day as well.

15             Thank you.

16             **THE COURT:**  Okay.  Thank you, Mr. Barronette.

17             All right.  Anything else that anyone hasn't had a

18    chance to say?  Okay.

19             **AUDIENCE MEMBER:**  Can the family talk?

20             **THE COURT:**  If you want to -- Mr. Romano, is there --

21    Mr. Lawlor --

22             **MR. ROMANO:**  It's Mr. Barronette's family.

23             **THE COURT:**  Mr. Barronette's family.

24             **MR. LAWLOR:**  Court's indulgence, please.

25             **AUDIENCE MEMBER:**  His sister and cousin.

```
 1          (Pause.)

 2          (The defendant conferred with counsel.)

 3          MR. LAWLOR:  Your Honor, forgive me.  I'm wondering if

 4    you would indulge one of Mr. Barronette's family members.

 5          THE COURT:  If that's what you would like, yes.

 6          THE CLERK:  Please state your name for the record.

 7          DIKESHIA KING:  Dikeshia King.

 8          THE CLERK:  Can you spell that, please.

 9          DIKESHIA KING:  D, as in David; I-K-E-S-H-I-A; and my

10    last name is King, K-I-N-G.

11          THE CLERK:  Thank you.

12          THE COURT:  Ms. King.

13          DIKESHIA KING:  Hi, Your Honor.

14          I just want to say that I apologize to the families

15    and -- who was hurt in this process.

16          Also, I just want to let y'all know that he's being

17    called an animal and, like, a killer and, like, he's some type

18    of animal.  He's not.

19          The Montana Barronette that we know grew up in a

20    family of 30.  That's our whole family.  It's only 30 people.

21    If you subtract three of our members that got killed on these

22    streets, then it's only 27 of us.

23          We didn't have no silver spoon, no gold spoon, however

24    you want to call it.

25          Montana Barronette has always smiled, and a lot of his
```

1    smiling come from hiding his nervousness and scaredness [sic].

2    He's always been like that.   He even smiled when he got -- when

3    it was time for him to get in trouble.

4         I don't -- he helped so many people.   Like, he done

5    give roofs.   He done put clothes on backs.   Like, I just don't

6    want nobody to sit up here and belittle him like he's not a

7    good person.   He is.

8         We had two, three murders taken -- people taken from

9    us in our family that was real tragic to him.   And his mother

10   that wasn't there, my grandmother.   Me, myself, I'm 33.   I'm 33

11   years old.   He have, including hisself, it's five siblings.   I

12   had to take care of all five of them by myself.   Changed

13   diapers.   And it was always all of us.

14        All he knew how to do was to take care of his family.

15   That's what we was told, to take care of your family.   Protect

16   your family.   We all we got.   That's all we ever heard.   That's

17   all we ever known.

18        So when he grew up, that's all he carried out here.

19        Now, I'm not saying that what he did was right, but

20   what I'm saying is don't nobody know anything that was going on

21   in his life and in his head at the age of 13 on up, even when

22   he came as a little boy.   They always wanted extra love from

23   people, but we didn't have it.   It was only us.

24        So I'm not going to let nobody belittle him.

25        I just want you to know I love you with all my heart.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1        And that's all I wanted to say.

2        We always grew up in church.  Like, if you could just

3  understand our lifestyle, we -- if we didn't go to church, we

4  would get in trouble, a punishment, as black people would say,

5  beatin'.  So we grew up in church.  He still went to church as

6  an adult.

7        My grandmother is home hurtin' because she don't

8  understand.  We all don't understand.  But my brother was taken

9  away at 18 for trying to help somebody else out.  He would have

10  finished school.  He didn't get a chance to finish school.

11        Montana's sister finished school, was working, got

12  killed for no reason.  No reason.

13        So our family members is taken away from us for no

14  reason.  And our families are still hurtin'.

15        My mother is disabled -- which he loves so dearly --

16  and he take -- he talks to my mother.  He pray with my mother.

17  He's not no animal.

18        That's all I want to say.  He's not no animal.

19        Thank you.

20                    Conference at the bench.

21    (It is the policy of this court that every guilty plea and

22  sentencing proceeding include a bench conference concerning

23  whether the defendant is or is not cooperating.)

24        **THE COURT:**  Thank you.  Thank you very much.

25        As I think we can all tell just from the people that

1    we've heard from from that podium, this is a tragedy on all

2    sides.   There's nothing good about this.

3          Sentencing is very difficult, one of the hardest

4    things that we have to do as judges.  Also one of the most

5    important.

6          So there are a lot of things that I have to consider

7    in a situation like this.

8          And this is -- first of all, of course, the guidelines

9    are where they are, as they should be.

10          This is the most serious kind of crime that anyone can

11    commit.  These were senseless murders.  At least six lives lost

12    to gun violence.  And it destroys people's families.

13          And Mr. Barronette's sister, who just spoke,

14    understands that, obviously.

15          The victim's mother, who spoke earlier, understands

16    that.

17          It's just senseless gun violence.

18          There are many more lives that have been lost through

19    the poison, the drugs that were sold by Mr. Barronette and

20    other people working with him.

21          And it's just an extremely, extremely serious offense.

22    I can't see an offense more serious than this.

23          There is obviously a need to protect the public, to

24    protect the community, to deter Mr. Barronette, to make sure

25    that, for whatever reason, he doesn't kill anybody else's

1   father or mother or son or daughter.

2          We can't bring anyone back, but we have to show the

3   victims' families that this violence has to be taken seriously

4   and will be taken seriously.

5          Mr. Barronette obviously had a very, very difficult

6   childhood.  Grew up, as Mr. Lawlor and Mr. Barronette's sister

7   said, in very difficult, desperate circumstances, and that may

8   explain, to some extent, some of why he's done what he's done.

9   Although, of course, there are many others that grow up under

10  those same very terrible conditions and don't kill people.

11         But we can't excuse it.  It doesn't reduce the need to

12  protect the community, at this point, from Mr. Barronette.

13         I appreciate Mr. Lawlor's argument and what

14  Mr. Barronette's sister said as well.  And I don't think it

15  gives anyone any pleasure about locking someone up for a very

16  long time.

17         And Mr. Barronette's life could have been -- perhaps

18  it would have been -- very, very different if he'd grown up in

19  different circumstances.

20         Perhaps at some age, Mr. Barronette will understand

21  what he's done and truly feel remorse and sorrow for it.  I'm

22  not sure we're there yet.

23         In any event, there's really no choice.  There's just

24  too much death and destruction that has been caused by

25  Mr. Barronette.

1          I don't know whether Count 1 merges with Count 3.

2     That's a new argument that I haven't had time to consider.

3          But, in any event, I think the appropriate sentence --

4     and I appreciate what Mr. Romano is saying.  I don't know what

5     Congress is going to do in the future, whether or not it's a

6     reform that perhaps should apply, I don't know.

7          I personally think that a lot of the sentencing

8     reforms that have been enacted are appropriate, but I'm going

9     to sentence based on what is in front of me now and the

10    guidelines and what I think is sufficient and required under

11    the law.

12         If Mr. Lawlor turns out to be correct that there's a

13    merger, it will be the same sentence, in any event.

14         Mr. Barronette, the sentence is life in prison on

15    Count 1 with a concurrent sentence of life in prison on

16    Count 3.  I believe this is the second superseding indictment.

17         Obviously, there's not going to be any fine.

18         There is a required $100 special assessment on each

19    count.

20         In light of that sentence, the period of supervised

21    release may be academic; but, again, nobody can look that far

22    into the future, so I am going to impose five years of

23    supervised release on Count 1 and five years of supervised

24    release on Count 3, with special conditions of participating in

25    any mental health counseling or treatment the probation officer

1   recommends; any substance abuse or testing the probation

2   officer recommends; and any vocational programs the probation

3   officer recommends.

4          Do you have any recommendations that you want me to

5   make in regard to the Bureau of Prisons?  They obviously will

6   be looking at the security level, so the Bureau of Prisons will

7   make the final decision, but . . .

8          **MR. BUSSARD:**  Court's indulgence for a moment.

9          **THE COURT:**  Sure.

10       (The defendant conferred with counsel.)

11         **MR. BUSSARD:**  Consistent with his security levels,

12  Mr. Barronette requests a facility as close to Maryland as

13  possible and with a recommendation for Allenwood.  I believe

14  Allenwood has all levels of security within that complex up

15  there.

16         **THE COURT:**  Okay.

17         **MR. BUSSARD:**  Also, drug treatment and any educational

18  programs that are consistent with Mr. Barronette's current

19  condition.

20         **THE COURT:**  Sure.  I'll be happy to recommend that he

21  participates in any substance abuse program he's eligible for

22  and any vocational or educational programs he's eligible for.

23         Have I left anything out?  Anything I have not

24  addressed about that sentence?

25         **MR. ROMANO:**  I don't believe so, Your Honor.

1          But there is a housekeeping matter by the Government

2     to dismiss all the counts in the original and in the first

3     superseding indictments.

4          **THE COURT:**  Sure.  All right.  Those counts will be

5     dismissed.

6          Mr. Barronette, as I'm sure you're aware, you have the

7     right to appeal from your conviction and from this sentence.

8          And, counsel, I assume you'll be taking care of noting

9     an appeal for him?

10         **MR. LAWLOR:**  We will.

11         **THE COURT:**  Okay.  Thank you, all.

12      (Court adjourned at 3:19 p.m.)

13      I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify

14     that the foregoing is a correct transcript from the

15     stenographic record of proceedings in the above-entitled

16     matter.

17                        _____
                                 /s/
18
                      Douglas J. Zweizig, RDR, CRR, FCRR
19                       Registered Diplomate Reporter
                         Certified Realtime Reporter
20                       Federal Official Court Reporter
                          DATE:   June 18, 2019
21

22

23

24

25

Case 1:16-cr-00597-PGB Document 670-15 Filed 06/19/19 Page 36 of 44

**$**

$100 [1]   33/18
$40 [1]   15/8

**'**

'cause [7]   4/24 8/1 10/1 12/8
 19/10 20/15 23/8
'em [2]   15/23 27/6

**/**

/s [1]   35/17

**1**

10 [4]   13/1 14/2 15/19 16/2
10-year-old [2]   19/3 19/11
100 [1]   17/20
101 [1]   1/24
12 [1]   8/24
13 [9]   18/19 19/3 19/4 19/7
 19/11 19/14 21/16 23/1 29/21
13-year-old [1]   19/16
15 [4]   1/8 18/6 20/17 23/16
15 percent [1]   25/6
15th [1]   17/19
16 [1]   24/7
18 [3]   15/13 30/9 35/20
19 [1]   18/6
1995 [1]   23/14

**2**

20 [3]   14/2 14/12 21/5
2004 [1]   21/14
2010 [1]   23/15
2015 [2]   11/13 12/11
2018 [2]   3/9 17/21
2019 [4]   1/8 17/18 18/8 35/20
21 [1]   23/14
21201 [1]   1/25
22 [1]   24/7
23 [1]   24/1
24 [2]   24/1 24/7
25th [1]   4/20
27 [1]   28/22
2:23 p.m [1]   2/2

**3**

30 [7]   14/2 14/12 18/5 22/1
 25/18 28/20 28/20
300 [2]   17/9 17/17
31 [2]   17/19 18/7
33 [2]   29/10 29/10
34 [1]   24/2
3553 [2]   15/14 24/21
3:19 p.m [1]   35/12

**4**

40 [1]   25/18
40 miles [1]   22/1
43 [4]   3/24 12/17 12/22 12/23
44 [1]   24/2
47 [1]   19/2
48 [2]   3/23 12/19
4th [2]   1/24 11/13

**5**

50 [1]   12/15
51 [2]   25/5 25/7
54 [2]   24/2 24/8
597 [1]   1/4

**6**

60 [4]   24/24 25/6 25/6 25/21

60-year [1]   25/5
6:00 [1]   22/3

**7**

70s [1]   25/8
74 [1]   24/3
7D [1]   1/8
7th [2]   3/9 12/11

**8**

8:00 [1]   22/4

**9**

9 o'clock [1]   22/4

**A**

abdication [1]   20/24
ability [1]   20/25
about [19]   9/3 9/3 10/1 11/20
 11/24 12/1 16/23 17/2 17/3 17/4
 17/24 19/16 20/18 22/1 22/1
 24/13 31/2 32/15 34/24
above [1]   35/15
above-entitled [1]   35/15
abuse [2]   34/1 34/21
academic [1]   33/21
account [3]   22/15 25/12 25/19
accountable [1]   13/5
accounting [1]   24/24
accusations [1]   25/14
acknowledge [1]   22/15
acknowledges [1]   24/25
act [3]   13/22 13/23 25/25
actions [1]   12/16
actor [2]   21/4 24/5
acts [3]   14/20 23/4 25/14
actually [2]   3/23 15/10
addicted [1]   22/25
Addison [2]   11/24 12/1
additions [1]   3/10
address [5]   4/8 10/11 24/20
 24/20 26/17
addressed [3]   10/15 25/11 34/24
adjourned [1]   35/12
administration [2]   13/21 14/6
administrations [1]   14/5
adult [1]   30/6
advice [1]   27/4
advised [1]   4/7
advisory [1]   3/8
affect [1]   13/25
after [1]   22/22
afternoon [6]   2/3 2/5 2/19 2/24
 2/25 26/22
again [8]   10/4 14/21 16/3 17/2
 23/21 24/4 24/11 33/21
age [5]   13/3 21/12 23/1 29/21
 32/20
ago [1]   12/17
aid [1]   24/7
aim [2]   12/8 12/10
ain't [1]   12/8
Alan [2]   1/17 2/20
Alan Bussard [2]   1/17 2/20
all [43]
Allenwood [2]   34/13 34/14
alley [2]   11/14 11/14
allocation [1]   20/18
along [1]   2/21
also [8]   1/19 20/10 23/7 24/2
 25/11 28/16 31/4 34/17

Although [1]   32/9
always [9]   9/20 10/1
 28/25 29/2 29/13 29/22 30/2
am [5]   4/2 13/10 17/11 23/21
 33/22
AMERICA [1]   1/3
analysis [1]   22/18
Anderson' [1]   26/23
animal [4]   28/17 28/18 30/17
 30/18
announced [3]   10/18 10/24 11/5
another [2]   14/3 20/25
answer [2]   21/4 21/6
anticipate [1]   16/22
Antonio [2]   11/24 12/1
Antonio Addison [2]   11/24 12/1
any [19]   3/10 3/21 13/10 13/15
 16/5 26/8 26/16 32/15 32/23
 33/3 33/13 33/17 33/25 34/1
 34/2 34/4 34/17 34/21 34/22
anybody [7]   4/4 5/25 7/17 8/2
 8/3 10/4 31/25
anymore [1]   14/8
anyone [4]   27/17 31/10 32/2
 32/15
anything [7]   5/13 9/4 26/20
 27/17 29/20 34/23 34/23
apologize [3]   26/23 27/6 28/14
appeal [2]   35/7 35/9
appearance [2]   13/4 22/4
appearing [1]   10/9
apply [1]   33/6
appreciate [3]   16/8 32/13 33/4
appropriate [7]   10/12 14/4
 15/15 25/10 25/21 33/3 33/8
arc [1]   19/10
are [23]   2/12 3/1 3/23 5/16 6/4
 10/14 10/21 14/7 15/16 17/3
 17/19 21/23 24/8 25/23 26/8
 30/14 31/6 31/9 31/9 31/18 32/9
 33/8 34/18
argue [2]   14/25 16/22
argued [1]   17/1
argument [2]   32/13 33/2
around [2]   19/24 21/14
arrest [1]   20/6
as [60]
ask [6]   4/9 13/7 15/21 25/2
 25/25 26/7
asked [5]   5/8 5/22 7/8 9/2
 24/19
asking [2]   5/15 6/5
assessment [1]   33/18
Assistant [2]   1/15 2/13
assume [1]   35/8
attached [1]   12/6
Attorney [1]   2/13
Attorney's [1]   19/25
Attorneys [1]   1/15
aware [2]   4/2 35/6
away [3]   9/13 30/9 30/13

**B**

baby [2]   6/15 19/11
baby mother [1]   6/15
back [11]   3/16 4/22 4/23 5/3
 6/7 6/15 7/2 7/11 8/17 18/20
 32/2
backs [1]   29/5
backyard [2]   11/14 11/21
bad [2]   8/21 22/6
Baghdad [1]   22/2

**B**

ball [2]   14/21 25/1
ballistics [1]   15/11
Baltimore [16]   1/9 1/20 1/25
  9/19 14/18 17/5 17/10 18/4
  18/14 18/21 19/25 20/11 21/25
  22/6 22/13 22/24
Baltimore City [5]   18/4 18/14
  18/21 19/25 22/13
Baltimore City Police [1]   9/19
Baltimore Sun [1]   17/10
Baltimore's [1]   18/7
BARRONETTE [49]
Barronette's [12]   4/5 10/16
  12/16 19/18 27/22 27/23 28/4
  31/13 32/6 32/14 32/17 34/18
base [1]   12/23
based [3]   12/16 25/2 33/9
be [44]
beatin' [1]   30/5
because [23]   3/21 8/1 8/17 9/7
  11/8 12/10 15/1 17/15 17/23
  18/22 19/11 21/9 21/9 21/17
  21/24 22/20 22/23 23/19 24/6
  24/12 24/25 25/24 30/7
been [28]   4/7 6/18 7/25 8/8 8/8
  8/23 12/2 14/19 15/7 16/24 17/6
  17/7 17/8 17/11 18/10 18/13
  21/4 23/3 23/9 24/4 24/6 27/2
  29/2 31/18 32/17 32/18 32/24
  33/8
before [7]   1/10 5/10 8/19 14/12
  19/19 26/7 26/16
began [4]   19/18 19/19 19/19
  23/9
behind [1]   16/4
being [5]   9/25 11/10 11/20
  19/23 28/16
believe [7]   4/6 6/17 10/14
  26/24 33/16 34/13 34/25
believes [1]   10/12
belittle [2]   29/6 29/24
bench [2]   30/20 30/22
best [2]   9/5 20/25
better [1]   14/15
between [2]   18/20 21/25
bit [1]   21/13
black [1]   30/4
BLAKE [1]   1/10
bleeding [1]   12/4
block [1]   5/24
blocks [1]   5/7
blood [4]   6/2 20/13 20/14 20/15
born [6]   18/14 18/15 19/19
  19/21 22/6 23/13
both [5]   3/6 14/24 14/24 16/23
  21/20
boy [1]   29/22
boys [1]   15/7
break [1]   21/3
breathe [1]   5/19
Brian [2]   11/11 11/20
Brian Chase [2]   11/11 11/20
bring [1]   32/2
brings [1]   18/20
brother [6]   5/2 7/5 8/9 9/25
  23/2 30/8
Bullock [2]   4/14 4/16
Bureau [2]   34/5 34/6
Bussard [4]   1/17 2/18 2/20 3/13
bystanders [1]   12/13

**C**

calculated [2]   3/20 12/22
calculating [1]   13/4
calendar [2]   18/7 18/8
call [3]   2/6 16/3 28/24
called [5]   5/7 6/14 6/22 13/20
  28/17
calling [2]   2/8 5/20
came [6]   4/22 5/15 6/4 8/24
  9/17 29/22
can [14]   2/25 4/10 7/1 14/4
  24/17 24/18 26/9 26/12 27/11
  27/19 28/8 30/25 31/10 33/21
can't [6]   7/20 7/25 9/4 31/22
  32/2 32/11
captive [1]   19/22
care [8]   6/21 8/2 8/14 8/15
  29/12 29/14 29/15 35/8
Carey [2]   5/18 5/21
Carey Street [2]   5/18 5/21
carried [1]   29/18
cartoons [1]   19/12
case [13]   1/4 2/6 10/12 16/19
  20/25 21/15 21/17 22/12 23/2
  23/11 23/14 25/10 25/15
cases [5]   17/12 17/12 25/17
  25/17 25/20
Category [1]   3/25
CATHERINE [1]   1/10
caused [2]   26/25 32/24
CCB [1]   1/4
CCB-16-597 [1]   1/4
cemetery [1]   8/13
certain [1]   17/24
Certified [1]   35/19
certify [1]   35/13
chair [1]   19/1
challenging [1]   16/11
chance [4]   3/15 14/15 27/18
  30/10
change [1]   15/1
changed [2]   21/16 29/12
changes [3]   13/19 14/7 14/11
charts [1]   12/18
Chase [3]   11/11 11/13 11/20
child [2]   9/12 19/16
childhood [1]   32/6
children [1]   9/14
choice [1]   32/23
Chris [1]   2/14
Chris Romano [1]   2/14
Christopher [1]   1/14
Christopher Romano [1]   1/14
church [4]   30/2 30/3 30/5 30/5
circumstances [4]   25/13 25/17
  32/7 32/19
citizens [1]   14/18
city [10]   9/19 17/3 17/16 18/4
  18/14 18/16 18/21 19/25 22/13
  22/19
class [1]   18/1
classify [1]   16/23
clean [1]   8/15
clearly [1]   14/23 19/15
client [4]   20/24 20/24 21/1
  26/7
clients [1]   24/6
close [3]   6/20 7/3 34/12
clothes [1]   29/5
co [4]   2/21 12/12 23/2 25/13
co-conspirators [1]   12/12

**co-counsel** [1]   2/21
coincidence [1]   22/7
cold [2]   8/14 13/4
colleague [1]   21/14
college [1]   22/22
combined [1]   12/19
come [5]   4/10 4/23 13/24 13/25
  29/1
comes [4]   3/23 8/25 18/4 21/9
comfort [1]   9/1
coming [3]   7/11 21/13 27/9
commit [1]   31/11
committed [1]   23/4
community [2]   31/24 32/12
commute [1]   22/5
comparison [2]   24/12 25/15
complete [2]   11/6 11/7
complex [1]   34/14
concern [3]   13/18 14/2 14/6
concerning [2]   11/11 30/22
concerns [1]   10/10
concurrent [6]   13/13 14/10
  14/23 15/18 16/2 33/15
condition [1]   34/19
conditions [2]   32/10 33/24
conduct [1]   24/23
conference [2]   30/20 30/22
conferred [3]   26/14 28/2 34/10
Congress [3]   13/18 25/3 33/5
conscience [2]   10/17 11/7
consecutive [2]   13/2 14/14 15/1
consider [4]   18/1 25/20 31/6
  33/2
consistent [2]   34/11 34/18
conspiracy [2]   3/3 3/4
conspirators [1]   12/12
contacted [1]   10/8
conversation [2]   15/6 24/13
convicted [3]   16/24 18/11 18/13
conviction [2]   26/2 35/7
convince [1]   16/18
cooperating [1]   30/23
coordinator [1]   4/8
corner [2]   8/4 15/7
corner boys [1]   15/7
correct [2]   33/12 35/14
corrections [1]   3/10
could [12]   5/19 5/22 7/20 9/12
  11/2 12/8 16/21 20/21 21/3
  24/23 30/2 32/17
couldn't [2]   6/17 9/21
counsel [8]   2/12 2/21 3/7 4/3
  26/14 28/2 34/10 35/8
counseling [2]   8/23 33/25
count [7]   3/2 3/3 12/25 13/1
  13/2 25/24 25/24 26/1 26/2 26/3
  33/1 33/1 33/15 33/16 33/19
  33/23 33/24
Count 1 [9]   3/2 12/25 13/2
  25/24 26/1 26/3 33/1 33/15
  33/23
Count 3 [7]   3/3 13/1 25/24 26/2
  33/1 33/16 33/24
counts [2]   2/10 35/2 35/4
Counts 1 [1]   2/10
County [6]   17/22 17/24 18/3
  21/25 22/9 22/24
course [6]   4/3 13/8 26/11 26/18
  31/8 32/9
court [14]   1/1 1/24 4/9 10/11
  15/21 16/5 16/12 16/13 21/14

**C**

court... [5]   22/4 26/17 30/21
 35/12 35/20
Court's [3]   15/20 27/24 34/8
courtroom [3]   1/8 11/3 23/18
cousin [1]   27/25
crawled [2]   11/14 12/2
crime [3]   15/17 23/23 31/10
CRIMINAL [2]   1/4 3/25
criminality [1]   24/14
criticize [1]   20/1
CRR [3]   1/23 35/13 35/18
cry [2]   7/25 8/25
crystal [2]   14/21 25/1
crystal ball [2]   14/21 25/1
current [2]   14/6 34/18
cycle [1]   21/3

**D**

D.C [2]   16/12 17/13
dad [1]   9/4
danger [1]   23/20
DATE [1]   35/20
daughter [8]   6/14 7/6 8/5 9/2
 26/23 27/2 27/3 32/1
David [1]   28/9
Dawnyell [1]   9/20
Dawnyell Taylor [1]   9/20
day [12]   6/21 7/1 7/1 7/19 8/11
 8/11 8/12 8/12 8/13 9/9 9/10
 27/14
days [1]   8/12
dead [6]   7/3 7/5 7/7 7/8 9/8
 12/4
dearly [1]   30/15
death [1]   32/24
debate [1]   14/4
December [1]   3/9
December 7th [1]   3/9
decision [3]   15/20 20/20 34/7
defendant [8]   1/6 1/16 23/2
 25/13 26/14 28/2 30/23 34/10
defendants [2]   14/1 22/12
demonstrated [1]   11/6
Dennis [1]   15/5
Dennis Pulley [1]   15/5
Department [2]   1/20 20/1
desperate [1]   32/7
despite [1]   13/3
destroys [1]   31/12
destruction [1]   32/24
Detective [1]   1/20
deter [1]   31/24
determining [1]   21/3
deterrence [1]   24/22
devil's [1]   9/12
diapers [1]   29/13
did [16]   7/8 9/3 9/17 9/18
 11/19 14/20 18/14 18/25 18/25
 19/6 19/6 21/8 22/8 25/12 26/17
 29/19
didn't [11]   5/12 5/13 5/13 8/20
 20/9 22/23 22/23 28/23 29/23
 30/3 30/10
died [1]   7/10
difference [3]   13/11 13/16
 18/20
different [6]   24/10 25/13 25/14
 25/14 32/18 32/19
difficult [3]   31/3 32/5 32/7
Dikeshia [1]   28/7

Dikeshia King [1]   28/7
disabled [1]   30/15
disagreement [1]   3/21
disbelief [1]   11/3
disclose [1]   9/21
discuss [2]   24/11
dismiss [1]   35/2
dismissed [1]   35/5
distance [1]   22/1
distinction [1]   21/25
distribution [1]   3/3
DISTRICT [2]   1/1 1/1
DIVISION [1]   1/2
do [24]   2/6 6/8 6/19 6/21 7/25
 9/12 16/12 18/9 18/12 18/12
 20/1 20/21 20/22 21/2 22/8
 24/17 25/3 25/19 26/18 29/14
 31/4 33/5 34/4 35/13
doctor [1]   6/14
does [8]   9/2 9/3 12/24 13/6
 13/15 15/1 18/9 19/8
doesn't [4]   14/22 22/19 31/25
 32/11
dog [1]   11/21
dog feces [1]   11/21
doing [5]   16/25 17/11 18/11
 18/13 22/7
Dominique [1]   15/12
Dominique Harris [1]   15/12
don't [35]   3/21 5/25 6/18 6/19
 6/19 6/21 7/17 8/2 8/14 8/15
 8/25 14/21 14/22 18/1 19/9 20/1
 20/5 20/13 21/4 21/5 22/3 23/6
 24/11 26/8 29/4 29/5 29/20 30/7
 30/8 32/10 32/14 33/1 33/4 33/6
 34/25
done [6]   17/13 29/4 29/5 32/8
 32/8 32/21
door [3]   4/23 4/25 4/25
Douglas [1]   1/23 35/13 35/18
down [5]   5/22 5/24 5/25 16/6
 16/16
drink [1]   6/18
drive [1]   22/3
driving [1]   7/22
drug [1]   34/17
drugs [10]   6/19 15/8 18/19 19/9
 19/14 19/16 22/25 23/1 23/4
 31/19
due [1]   20/14
during [2]   11/17 17/3

**E**

e-mail [1]   9/21
each [2]   17/9 33/18
earlier [1]   31/15
early [1]   25/7
easy [1]   23/17
educational [2]   34/17 34/22
effect [1]   13/24
egregious [1]   14/19
either [2]   14/22 22/14
Eleanor [1]   1/20
Eleanor Urban [1]   1/20
element [1]   17/24
eligible [4]   14/13 14/23 34/21
 34/22
else [3]   4/4 27/17 30/9
else's [1]   31/25
emotional [1]   8/1
emotions [1]   9/5

enacted [1]   33/8
ended [1]   19/22
ends [1]   20/25
enforcement [1]   11/11
engage [1]   24/23
entire [2]   3/20 18/7
entirely [1]   21/18
entitled [1]   35/15
especially [1]   9/19
Esquire [4]   1/14 1/15 1/17 1/18
established [1]   12/3
even [10]   7/25 9/21 9/24 14/5
 14/10 17/10 21/4 24/24 29/2
 29/21
event [3]   32/23 33/3 33/13
ever [6]   7/1 7/17 8/11 10/4
 29/16 29/17
every [8]   7/1 7/1 7/19 8/12 9/9
 17/7 27/14 30/21
everybody [4]   9/16 10/3 10/3
 23/17
everyone [2]   2/3 16/15
everything [5]   10/14 18/12
 18/12 19/20 27/5
evidence [2]   11/8 12/3
evil [1]   9/12
excess [2]   12/22 17/9
exclusively [1]   19/12
excuse [1]   32/11
Exhibit [1]   12/6
Exhibit 2 [1]   12/6
exists [1]   24/25
expect [2]   20/5 20/8
expects [1]   16/15
explain [1]   32/8
explained [1]   10/8
exposure [1]   14/1
express [1]   9/4
extent [1]   32/8
extra [1]   29/22
extremely [2]   31/21 31/21

**F**

fabric [1]   17/15
Facebook [1]   12/6
facedown [2]   11/21 11/21
facility [1]   34/12
fact [1]   12/1
factors [2]   15/14 15/16
fail [1]   22/15
failed [2]   21/20 22/11
failing [3]   21/10 21/22 21/23
failings [1]   21/10
failure [1]   22/15
fair [2]   17/23 25/9
fallacy [1]   23/20
fallen [1]   6/3
families [6]   8/21 9/14 28/14
 30/14 31/12 32/3
family [15]   4/6 10/7 26/23 27/9
 27/19 27/22 27/23 28/4 28/20
 28/20 29/9 29/14 29/15 29/16
 30/13
far [4]   5/21 17/18 25/17 33/21
father [11]   5/2 5/6 7/7 7/7 7/8
 7/10 7/13 7/16 23/3 27/2 32/1
father's [2]   7/15 9/8
FBI [1]   2/14
FCRR [2]   35/13 35/18
fear [1]   25/3
February [2]   1/8 17/19

Case 1:16-cr-00597-CCB Document 378 Filed 06/19/19 Page 39 of 44

## F

feces [1]   11/21
federal [5]   1/24 16/13 17/13
 21/14 35/20
federal court [2]   16/13 21/14
feel [6]   7/1 9/3 9/3 9/11 9/11
 32/21
feeling [1]   27/11
feels [2]   8/3 9/4
fell [1]   7/12
felt [1]   8/21
few [2]   5/12 22/8
fightin' [1]   27/13
fights [1]   9/7
filed [1]   10/13
final [1]   34/7
finally [1]   6/14
fine [2]   26/19 33/17
finish [1]   30/10
finished [4]   8/4 16/6 30/10
 30/11
firearm [1]   15/11
fired [1]   12/15
first [9]   13/10 13/22 13/23
 16/13 21/13 22/22 23/15 31/8
 35/2
First Step Act [2]   13/22 13/23
five [5]   25/4 29/11 29/12 33/22
 33/23
Floor [1]   1/24
flowers [1]   8/16
follow [1]   20/5
following [1]   3/2
Force [1]   2/13
foregoing [1]   35/14
forgive [2]   18/17 28/3
fortitude [1]   20/22
fortunate [1]   24/7
forward [1]   4/9
found [2]   11/20 12/3
four [1]   5/7
frame [1]   23/15
free [1]   23/19
Friday [1]   1/8
friend [3]   7/15 8/9 27/1
friends [1]   27/9
friends' [1]   23/9
front [1]   33/11
full [1]   5/24
funerals [2]   23/8 23/9
funny [2]   19/15 19/16
future [1]   33/5 33/22

## G

gauge [1]   10/20
get [12]   5/21 5/25 6/10 6/11
 8/12 9/7 14/25 25/7 26/16 29/3
 30/4 30/10
give [3]   5/22 15/2 29/5
gives [1]   32/15
giving [1]   27/4
glass [1]   6/1
gloss [1]   15/23
go [9]   3/19 5/10 6/7 6/18 7/2
 7/17 8/13 9/9 30/3
goes [2]   20/11 24/10
going [19]   3/19 6/9 6/12 6/12
 8/16 8/17 10/5 10/13 10/21
 19/22 23/8 23/22 24/15 29/20
 29/24 33/5 33/8 33/17 33/22
gold [1]   28/23

good [19]   2/3 2/5 2/19 2/24
 3/5 11/2 11/8 11/8 11/8 12/9
 12/9 12/10 24/24 26/22 27/1
 27/2 29/7 31/2
got [13]   5/2 5/4 5/18 5/24 6/4
 6/6 7/2 7/10 7/23 28/21 29/2
 29/16 30/11
government [8]   2/12 10/12 12/5
 13/6 14/20 15/19 20/18 35/1
Government's [2]   12/25 16/4
granddaughter [1]   7/12
grandma [1]   7/15
grandmother [2]   29/10 30/7
grandmother's [2]   6/1 12/2
graphics [1]   17/14
greater [1]   15/24
Greenbelt [2]   16/12 17/13
grew [12]   18/24 18/25 19/6 19/6
 22/24 22/25 23/1 28/19 29/18
 30/2 30/5 32/6
grouped [1]   3/23
grow [2]   22/23 32/9
grown [2]   22/21 32/18
guideline [2]   3/8 4/1
guidelines [5]   3/20 3/24 12/20
 31/8 33/10
guilty [3]   3/2 25/13 30/21
gun [2]   31/12 31/17

## H

had [26]   3/14 7/2 7/4 7/6 7/10
 8/4 8/7 8/23 12/1 12/2 12/7
 13/20 15/7 15/7 17/12 18/6 18/7
 21/14 22/21 23/8 23/9 27/17
 29/8 29/12 32/5 33/2
hallway [1]   12/4
hand [2]   16/16 22/14
handful [1]   23/18
hands [3]   20/14 20/14 20/15
Hanley [2]   1/15 2/13
happen [2]   20/11 20/16
happened [7]   7/19 8/20 11/12
 14/5 19/17 19/20 22/23
happens [1]   20/15
happy [2]   4/3 34/20
hard [4]   7/19 8/12 8/16 8/17
hardest [1]   31/3
Harris [1]   15/12
harsh [1]   21/11
has [20]   3/14 7/19 15/25 15/25
 16/5 17/6 17/8 17/10 17/12
 18/10 18/11 18/13 20/15 21/16
 22/10 25/16 28/25 32/3 32/24
 34/14
hasn't [1]   27/17
haunt [1]   23/10
have [56]
haven't [2]   21/6 33/2
he [96]
he'd [4]   19/1 19/13 22/21 32/18
he's [22]   6/12 8/7 8/8 8/24
 10/16 14/23 16/24 23/6 23/20
 24/16 28/16 28/17 28/18 29/2
 29/6 30/17 30/18 32/8 32/8
 32/21 34/21 34/22
head [1]   29/21
health [1]   33/25
hear [6]   4/3 5/12 5/13 5/13 7/8
 9/23
heard [6]   4/4 11/24 21/18 21/18
 29/16 31/1
hearing [2]   6/17 16/20

heart [3]   5/19 6/15 29/25
heavy [1]   23/22
held [1]   13/5
helicopters [1]   5/13
help [1]   30/9
helped [2]   8/6 29/4
her [26]   4/9 7/7 7/7 7/7 7/8
 7/10 7/10 7/12 7/12 7/13 7/13
 7/16 8/6 8/6 8/6 8/7 8/7 8/8
 9/2 9/3 9/4 9/8 9/8 9/23 9/24
 9/24
here [25]   2/9 3/1 4/8 5/8 10/9
 12/22 15/16 15/25 16/14 16/19
 17/13 17/18 19/1 19/17 20/17
 21/13 21/18 22/2 22/3 23/13
 24/1 24/18 25/11 29/6 29/18
here's [1]   13/18
hereby [1]   35/13
Hi [1]   28/13
hiding [1]   29/1
high [1]   8/4
him [36]
his [41]
hisself [1]   29/11
History [1]   3/25
holds [1]   9/5
home [4]   5/11 7/2 22/21 30/7
homework [1]   8/6
homicides [1]   18/5
Honor [39]
Honor's [1]   16/3
HONORABLE [1]   1/10
hope [1]   16/18
horrifying [2]   19/10 19/17
hospital [3]   6/8 6/11 6/24
hot [1]   8/15
hours [1]   5/12
house [6]   4/22 5/5 5/7 6/1 12/3
 22/3
housekeeping [1]   35/1
how [5]   9/2 9/3 16/23 17/18
 29/14
however [3]   3/24 4/1 28/23
human [1]   24/13
hunting [2]   15/4 15/4
hurt [4]   6/12 9/13 10/4 28/15
hurtful [1]   9/9
hurtin' [2]   30/7 30/14
husher [1]   26/12
hustling [1]   15/3

## I

I'd [4]   10/11 10/20 18/25 25/2
I'll [4]   5/10 16/6 21/12 34/20
I'm [34]   3/19 4/3 4/15 5/13 6/5
 6/11 6/12 7/21 7/22 7/22 7/23
 8/1 8/17 9/22 10/1 10/5 10/13
 11/17 19/2 19/5 20/23 21/19
 22/10 22/17 22/19 28/3 29/10
 29/10 29/19 29/20 29/24 32/21
 33/8 35/6
I've [8]   4/7 6/17 7/25 8/23
 8/23 16/13 17/12 25/11
I-K-E-S-H-I-A [1]   28/9
ignore [1]   22/15
imagine [1]   21/17
important [1]   31/5
impose [5]   24/18 24/24 25/12
 26/1 33/22
imposed [5]   14/14 15/22 22/16
 25/18 25/20

Case 1:16-cr-00597-CCB Document 676-2 Filed 06/19/18 Page 40 of 44

## I

imprisonment [2] 13/1 13/2
in-case [1] 25/15
incarcerate [1] 20/7
incarcerated [3] 17/8 23/11 23/14
include [1] 30/22
including [2] 17/8 29/11
indictment [4] 2/11 23/15 25/25 33/16
indictments [1] 35/3
individual [2] 11/22 11/23
indulge [1] 28/4
indulgence [3] 26/9 27/24 34/8
influence [1] 23/4
informed [1] 9/20
innocent [1] 12/13
inside [1] 6/2
instances [1] 12/21
instead [1] 19/5
instinct [1] 13/8
intended [1] 12/14
interview [1] 11/17
interviewed [1] 11/10
invest [1] 6/19
investigators [1] 11/18
involved [3] 3/22 8/5 9/16
is [86]
isn't [3] 21/8 22/2 22/18
it [71]
it's [30] 6/25 7/19 8/12 8/14 8/14 8/14 8/15 8/16 8/17 8/22 9/5 9/8 12/12 12/14 14/4 16/2 17/13 19/10 19/14 19/17 22/5 22/6 25/14 27/22 28/20 28/22 29/11 31/17 31/21 33/5
its [5] 10/18 10/24 11/5 12/5 13/19

## J

jail [4] 14/16 17/6 23/3 25/7
January [2] 3/16 11/13
January 4th [1] 11/13
job [4] 8/1 8/5 22/22 27/4
John [2] 1/15 2/13
John Hanley [1] 1/15 2/13
JUDGE [1] 1/10
judges [2] 20/7 31/4
July [2] 12/11 15/11
July 7th [1] 12/11
June [1] 35/20
jurors [1] 9/16
jury [4] 10/18 10/20 10/24 11/5
jury's [2] 2/10 3/2
just [52]

## K

K-I-N-G [1] 28/10
keeping [1] 27/4
keeps [1] 6/6
kept [1] 9/20
kids [3] 6/20 9/7 22/6
kill [4] 12/7 15/9 31/25 32/10
killed [6] 7/13 7/16 8/21 12/15 28/21 30/12
killer [4] 10/16 10/16 13/4 28/17
kind [5] 6/18 11/22 15/23 24/23 31/10
King [3] 28/7 28/10 28/12
knees [1] 7/12

knew [1] 29/14
knowing [2] 5/7 5/15
known [2] 13/21 29/17
knows [2] 7/13 15/15

## L

lack [2] 11/6 11/7
lady [4] 5/15 6/7 6/9 9/21
last [5] 17/20 17/20 18/6 25/23 28/10
later [4] 4/24 5/4 5/10 7/2
laugh [1] 19/10
laughed [4] 11/20 11/20 11/23 12/1
law [3] 11/11 15/1 33/11
law enforcement [1] 11/11
Lawlor [7] 1/18 2/22 16/9 26/6 27/21 32/6 33/12
Lawlor's [1] 32/13
laws [3] 13/19 20/4 20/5
lawyers [1] 27/13
learned [1] 17/3
least [5] 10/10 10/15 12/10 14/14 31/11
leave [9] 6/5 6/6 6/23 8/1 8/16 8/17 12/24 22/3 22/4
leaving [1] 6/24
led [2] 13/5 15/10
left [2] 5/6 34/23
less [3] 14/8 14/9 25/6
lessen [1] 13/25
let [5] 8/25 13/7 26/7 28/16 29/24
level [6] 3/23 12/17 12/19 12/23 24/11 34/6
levels [2] 34/11 34/14
Lexington [1] 21/15
Lexington Terrace [1] 21/15
life [25] 4/1 9/24 13/1 13/2 13/13 14/7 14/7 14/10 14/11 14/11 14/15 14/23 14/24 15/1 15/18 15/19 16/1 16/2 16/2 16/16 19/18 29/21 32/17 33/14 33/15
lifestyle [1] 30/3
light [1] 33/20
lights [1] 6/9
like [37]
likelihood [1] 18/24
limited [1] 12/22
listed [1] 25/24
listening [1] 7/22
lists [1] 17/14
little [3] 19/5 21/13 29/22
live [10] 8/11 17/23 17/25 17/25 18/22 20/2 20/4 20/4 20/8 20/10
lives [2] 31/11 31/18
locking [1] 32/15
Lombard [1] 1/24
long [9] 13/13 14/16 14/17 14/17 14/18 17/11 24/5 27/10 32/16
longer [1] 14/11
look [7] 10/20 10/23 15/13 17/2 17/14 19/24 33/21
looked [6] 17/4 17/17 17/18

17/20 17/22 17/23
looking [3] 15/5 15/8 34/6
lost [2] 31/11 31/18
lot [5] 8/9 9/23 28/25 31/6 33/7
love [2] 29/22 29/25
loved [1] 27/9
loves [1] 30/15
Loyalty [1] 8/9
lying [2] 11/21 12/4

## M

ma'am [2] 4/12 4/18
mad [1] 9/7
made [3] 20/20 21/24 23/16
mail [1] 9/21
make [7] 8/15 9/9 13/15 22/4 31/24 34/5 34/7
makes [2] 13/10 19/10
making [1] 21/19
man [2] 10/3 24/1
many [17] 9/12 9/13 16/14 17/12 17/12 17/18 21/24 22/7 22/12 23/9 24/5 25/16 25/17 25/17 29/4 31/18 32/9
Mark [2] 1/20 2/14
MARYLAND [5] 1/1 1/9 1/25 18/21 34/12
matched [1] 15/11
math [1] 25/6
matter [3] 2/8 35/1 35/16
maximum [1] 3/24
may [11] 4/20 14/3 14/7 14/8 14/8 14/12 14/12 17/23 18/9 32/7 33/21
May 25th [1] 4/20
maybe [3] 14/25 15/2 20/23
me [37]
mean [12] 14/7 14/8 14/8 14/12 14/12 16/21 18/24 19/12 20/12 22/3 23/6 24/10
means [3] 8/9 14/11 25/7
meant [2] 9/23 18/23
measly [1] 15/8
mechanism [1] 3/20
members [5] 4/7 10/8 28/4 28/21 30/13
memoranda [1] 3/5
memorandum [3] 10/13 12/6 19/21
memos [1] 4/2
men [2] 22/12 24/6
mental [1] 33/25
mentioned [1] 12/17
merge [3] 25/24 26/1 26/2
merger [1] 33/13
merges [1] 33/1
message [1] 24/22
met [2] 3/16 24/5
Michael [2] 1/18 2/22
Michael Lawlor [2] 1/18 2/22
microphone [1] 4/11
might [4] 14/25 21/12 24/23 25/3
Mike [1] 15/7
miles [1] 22/1
minute [1] 12/17
minutes [1] 20/17
Miss [1] 6/4
modifications [1] 3/11
moment [2] 26/10 34/8
MONTANA [25] 1/5 2/9 2/20 9/11 10/16 10/19 10/23 11/10 11/16

Case 1:16-cr-00597-CCB Document 670 Filed 06/19/19 Page 44 of 112

## M

MONTANA... [16] 11/19 12/7
12/11 12/16 13/3 14/16 15/3
18/10 18/19 18/22 18/25 19/18
21/8 24/15 28/19 28/25
MONTANA BARRONETTE [21] 1/5 2/9
2/20 9/11 10/19 10/23 11/10
11/16 11/19 12/7 12/11 13/3
14/16 15/3 18/10 18/22 18/25
21/8 24/15 28/19 28/25
Montana Barronette's [3] 10/16
12/16 19/18
Montana's [1] 30/11
Montgomery [6] 17/22 17/24 18/3
21/25 22/9 22/24
Montgomery County [6] 17/22
17/24 18/3 21/25 22/9 22/24
mood [1] 7/20
more [7] 12/15 13/4 13/12 17/6
21/5 31/18 31/22
morning [3] 4/20 4/20 22/4
most [5] 15/15 16/16 18/15 31/4
31/10
mostly [1] 8/17
mother [15] 5/7 5/16 5/16 6/15
6/18 7/3 10/1 11/25 26/23 29/9
30/15 30/16 30/16 31/15 32/1
mother's [3] 4/22 5/4 5/6
Mr. [58]
Mr. Anderson' [1] 26/23
Mr. Barronette [28] 2/10 3/2
3/14 3/25 16/23 16/24 17/6 17/8
21/21 21/23 22/8 22/11 22/20
22/21 23/19 24/22 26/16 26/20
27/16 31/19 31/24 32/5 32/12
32/20 32/25 33/14 34/12 35/6
Mr. Barronette's [9] 4/5 27/22
27/23 28/4 31/13 32/6 32/14
32/17 34/18
Mr. Bussard [2] 2/18 3/13
Mr. Chase [1] 11/13
Mr. Lawlor [5] 16/9 26/6 27/21
32/6 33/12
Mr. Lawlor's [1] 32/13
Mr. Romano [11] 2/6 3/10 4/3
13/7 16/8 16/21 20/15 24/19
24/25 27/20 33/4
Ms. [2] 12/20 28/12
Ms. King [1] 28/12
Ms. Urban's [1] 12/20
much [6] 4/24 9/21 22/19 26/5
30/24 32/24
murder [10] 11/11 11/12 11/13
11/24 15/5 15/11 15/12 17/12
17/15 24/7
murdered [3] 9/25 12/12 23/12
murders [7] 3/22 9/13 11/6 17/4
17/9 29/8 31/11
must [2] 6/2 13/5
MVA [1] 4/21
my [64]
myself [4] 18/1 21/13 29/10
29/12

## N

naive [1] 23/21
name [4] 4/12 18/18 28/6 28/10
narcotics [1] 3/3
nature [1] 24/13
near [1] 7/18
nearby [1] 11/15

necessary [5] 14/17 14/17 14/18
31/20
need [8] 3/7 6/8 6/22 10/15
20/16 24/11 31/23 32/11
needed [1] 6/23
neighborhood [1] 18/1
Neptune [2] 1/20 2/14
nervousness [1] 29/1
never [2] 6/17 23/19
new [1] 33/2
news [1] 8/19
next [3] 7/20 7/23 25/3
night [2] 6/13 6/22
no [16] 1/4 3/12 3/17 7/9 7/15
7/16 14/11 16/21 28/23 28/23
30/12 30/12 30/13 30/17 30/18
32/23
nobody [5] 9/12 29/6 29/20
29/24 33/21
none [2] 12/8 25/1
nonetheless [1] 25/14
Normally [1] 10/20
NORTHERN [1] 1/2
not [52]
nothing [4] 6/20 13/4 19/16
31/2
noting [1] 35/8
notion [4] 19/9 19/13 19/15
23/19
now [27] 8/24 9/6 11/2 12/5
13/5 13/21 14/3 14/21 15/18
16/2 17/7 17/14 18/22 18/24
19/2 19/5 19/6 19/9 20/23 22/22
23/13 24/1 24/25 25/3 26/18
29/19 33/9
number [4] 3/21 3/22 10/9 17/19

## O

o'clock [1] 22/4
objections [1] 3/17
obviously [9] 3/14 4/5 15/20
19/15 31/14 31/23 32/5 33/17
34/5
occasion [1] 12/11
occurred [1] 17/18
October [1] 17/21
off [2] 5/1 12/18
offense [8] 3/23 12/17 12/19
12/22 12/23 16/21 31/21 31/22
office [2] 10/8 19/25
officer [5] 1/20 2/14 33/25
34/2 34/3
Officer Mark Neptune [1] 2/14
Official [2] 1/24 35/20
oftentimes [1] 20/7
okay [11] 3/18 6/11 6/12 26/5
26/22 27/7 27/8 27/16 27/18
34/16 35/11
old [8] 5/14 7/7 18/19 19/3
19/11 19/14 19/16 29/11
older [2] 19/5 23/2
once [1] 8/15
one [19] 4/6 4/7 8/12 8/13 11/2
11/2 12/11 14/25 15/7 15/11
18/15 21/6 22/24 23/25 25/21
26/9 28/4 31/3 31/4
ones [2] 14/4 27/9
only [12] 11/19 17/20 18/13
21/2 21/9 22/1 24/1 25/15 26/1
28/20 28/22 29/23
original [1] 35/2
other [5] 10/7 14/1 16/5 22/11

31/20
our [13] 4/7 7/16 10/8 19/21
21/9 24/11 25/22 28/20 28/21
29/9 30/3 30/13 30/14
out [16] 5/2 6/18 8/7 8/12 8/13
15/5 15/8 23/3 25/7 27/4 27/9
27/10 29/18 30/9 33/12 34/23
outlined [1] 15/14
outrageous [1] 14/19
outside [1] 6/7
over [7] 5/3 5/4 7/22 7/24
15/23 21/17 27/12

## P

p.m [2] 2/2 35/12
pain [2] 6/25 26/24
parent [1] 8/5
parents [1] 22/24
part [3] 9/24 12/5 17/15
participates [1] 34/21
participating [1] 33/24
particular [3] 3/22 24/13 24/13
parts [1] 18/16
party [1] 6/19
past [1] 17/1
Pause [1] 28/1
peers [1] 23/3
people [25] 5/25 8/20 9/13 9/13
12/12 12/15 13/18 14/15 15/2
15/3 15/5 17/24 19/24 20/5 22/7
23/3 24/8 28/20 29/4 29/8 29/23
30/4 30/25 31/20 32/10
people's [1] 31/12
percent [1] 25/6
perhaps [5] 32/17 32/20 33/6
period [1] 33/20
permit [1] 20/12
permits [2] 20/10 20/11
person [7] 8/2 8/3 11/23 15/9
20/23 23/25 29/7
personally [1] 33/7
perverse [1] 22/14
phone [1] 5/20
pining [1] 22/18
place [3] 13/14 22/25 27/12
Plaintiff [2] 1/3 1/13
play [1] 5/14
plea [1] 30/21
please [7] 2/4 4/12 26/10 26/12
27/24 28/6 28/8
pleasure [1] 32/15
pled [1] 25/13
plus [1] 15/19 16/2
podium [2] 4/10 31/1
point [2] 21/19 32/12
points [1] 10/15
poison [1] 31/19
police [7] 1/20 5/24 6/4 9/19
19/25 20/2 20/6
policy [3] 20/23 21/3 30/21
political [1] 20/22
population [1] 18/4
possible [1] 34/13
posting [1] 12/6
potential [1] 14/1
practical [2] 13/11 13/16
practically [1] 13/12
pray [1] 30/16
predicate [1] 25/25
preparation [1] 16/20
prepared [1] 3/9

Case 1:16-cr-00597-CCB Document 678-2 Filed 06/19/19 Page 42 of 44

**P**

present [3]  1/19 2/12 22/25
presented [1]  11/9
presentence [6]  3/5 3/7 3/8
 3/17 12/20 23/8
presided [1]  21/17
prior [2]  13/20 14/5
prison [4]  4/1 24/6 33/14 33/15
Prisons [1]  34/5 34/6
probably [4]  16/15 18/3 18/15
 24/11
probation [4]  1/20 33/25 34/1
 34/2
Probation Officer [1]  1/20
proceeding [1]  30/22
proceedings [1]  35/15
process [1]  28/15
program [1]  34/21
programs [4]  20/18 34/2 34/18
 34/22
prosecute [1]  20/6
prosecution [1]  20/3
prosecutors [1]  20/6
protect [6]  14/17 14/18 29/15
 31/23 31/24 32/12
protection [3]  15/2 15/16 24/21
protective [1]  13/12
public [4]  14/17 15/16 24/21
 31/23
publish [1]  17/15
pull [2]  7/22 7/24
pulled [1]  5/1
Pulley [1]  15/5
punish [1]  14/19
punishment [7]  14/3 15/16 21/11
 21/20 23/22 24/21 30/4
put [4]  10/21 18/18 19/21 29/5

**Q**

questions [2]  10/21 16/6
quite [2]  15/15 19/3
quote [2]  12/7 12/21

**R**

racing [1]  5/19
raining [1]  8/14
raised [2]  18/14 18/15
range [2]  3/8 4/1
rare [1]  12/21
rationale [1]  16/4
RDR [3]  1/23 35/13 35/18
reaction [4]  10/19 10/24 11/1
 11/19
reacts [1]  11/22
read [1]  3/14
real [1]  29/9
really [3]  12/18 24/15 32/23
Realtime [1]  35/19
reason [8]  9/17 17/22 18/13
 21/24 30/12 30/12 30/14 31/25
reasons [2]  10/10 25/11
recall [1]  11/12 11/18 15/6
recalling [1]  18/18
recite [1]  19/20
recognition [1]  22/11
recognize [1]  21/23
recommend [1]  34/20
recommendation [3]  13/8 16/4
 34/13
recommendations [3]  26/8 26/17
 34/4

recommended [1]  14/20
recommends [3]  34/1 34/2 34/3
record [4]  3/13 4/13 28/6 35/15
recovery [1]  15/10
reduce [1]  32/11
refer [1]  13/19
reflect [1]  15/17
reform [1]  33/6
reforms [2]  13/20 33/8
regard [3]  10/11 13/19 34/5
Registered [1]  35/19
release [5]  14/13 24/8 33/21
 33/23 33/24
relief [1]  23/18
relive [1]  7/1
remain [1]  14/16
remorse [2]  11/7 32/21
repeat [1]  10/14
report [6]  3/5 3/8 3/9 3/17
 12/20 23/8
Reported [1]  1/22
Reporter [4]  1/24 35/19 35/19
 35/20
represent [1]  20/24
representing [2]  2/15 2/20
request [1]  25/22
requests [2]  15/19 34/12
required [3]  24/20 33/10 33/18
requirement [1]  25/19
residence [1]  11/15
resolution [1]  25/10
resources [2]  20/18 20/19
respect [2]  8/9 20/14
response [2]  9/23 10/21
responsible [1]  11/6
result [1]  2/10
review [1]  3/15
reviewed [1]  3/17
revision [1]  14/3
RICO [3]  3/3 17/12 25/17
ride [2]  5/22 6/8
riding [2]  27/10 27/10
right [11]  2/17 2/21 2/23 3/1
 3/19 25/6 26/20 27/17 29/19
 35/4 35/7
robbed [2]  15/7 15/9
role [2]  21/1 21/2
Romano [13]  1/14 2/6 2/14 3/10
 4/3 13/7 16/8 16/21 20/15 24/19
 24/25 27/20 33/4
roofs [1]  29/5
room [4]  8/25 16/15 19/24 21/20
routinely [1]  17/15
run [1]  13/13

**S**

safety [1]  10/10
said [29]  5/3 5/8 5/8 5/8 5/10
 5/16 5/17 5/18 5/18 6/7 6/8
 6/15 7/8 7/9 7/15 7/16 8/4 9/5
 9/18 9/18 9/25 12/7 17/2 18/7
 19/7 19/14 21/24 32/7 32/14
same [8]  4/5 11/23 11/23 22/2
 23/12 24/9 32/10 33/13
Sandtown [2]  18/16 18/21
save [1]  23/18
saw [4]  7/17 13/8 17/17 23/7
say [30]  4/18 4/19 9/8 9/15
 9/22 10/5 11/2 13/17 15/3 15/22
 16/23 18/9 18/23 18/23 19/2
 19/10 19/14 20/11 20/13 20/13

21/8 21/12 23/6 25/23 27/1
 29/1 30/14 30/17 30/20 30/4 30/18
saying [5]  6/6 19/5 29/19 29/20
 33/4
scared [1]  12/8
scaredness [1]  29/1
school [7]  5/2 8/4 8/6 9/7
 30/10 30/10 30/11
seated [2]  2/3 2/25
second [4]  2/11 11/15 13/12
 33/16
secret [1]  7/17
security [3]  34/6 34/11 34/14
see [11]  4/23 5/3 5/10 5/25 6/1
 6/2 8/25 10/19 10/24 19/24
 31/22
seeing [1]  4/24
seeking [1]  13/6
seemed [1]  5/21
seen [1]  16/13
seized [1]  21/7
selling [5]  18/19 19/9 19/13
 19/16 23/1
selves [1]  24/12
sense [3]  15/2 23/7 23/7
senseless [2]  31/11 31/17
sentence [34]  10/12 12/25 13/1
 13/2 14/7 14/7 14/11 14/11
 14/14 14/15 14/24 15/17 15/19
 15/21 15/25 16/16 16/19 22/16
 24/18 24/24 25/2 25/5 25/12
 25/21 26/1 26/2 33/3 33/9 33/13
 33/14 33/15 33/20 34/24 35/7
sentences [10]  13/6 13/13 13/24
 14/10 14/23 15/1 15/18 16/3
 25/17 25/20
sentencing [17]  1/12 2/9 3/1
 3/5 4/2 10/13 12/5 12/20 13/19
 13/20 19/21 23/25 23/25 24/2
 30/22 31/3 33/7
sentencings [1]  16/12
serious [3]  31/10 31/21 31/22
seriously [2]  32/3 32/4
seriousness [1]  15/17
serve [1]  25/5
several [1]  17/7
shared [1]  9/24
shattered [1]  6/2
she [24]  4/10 5/15 5/16 5/18
 6/15 7/6 7/9 7/13 7/15 7/17 9/2
 9/3 9/3 9/4 9/4 9/5 9/5 9/5 9/7
 9/21 9/22 9/24 9/25 30/7
She's [2]  9/6 9/20
shocking [1]  17/14
shot [6]  5/18 7/10 11/14 11/15
 12/2 12/4 12/14
shots [1]  12/15
should [6]  14/25 21/10 23/19
 25/24 31/9 33/6
show [1]  32/2
shut [1]  4/25
siblings [1]  29/11
sic [1]  29/1
side [3]  4/5 17/13 17/13
sides [2]  3/6 31/2
sigh [2]  23/18 23/18
significant [2]  23/22 24/18
silver [3]  17/25 18/21 28/23
Silver Spring [2]  17/25 18/21
similar [1]  25/20
simply [1]  15/21
since [3]  7/19 8/11 21/16

## S

sirens [1]   5/12
sister [7]   23/11 26/24 27/25
  30/11 31/13 32/6 32/14
sit [4]   8/19 16/6 20/17 29/6
sits [2]   23/13 24/1
sittin' [1]   5/13
situation [1]   31/7
six [2]   11/6 31/11
size [1]   18/3
sleep [1]   7/20
smile [3]   11/2 11/5 11/19
smiled [5]   11/1 11/1 11/23
  28/25 29/2
smiling [1]   29/1
smoke [1]   6/18
snowing [1]   8/14
so [56]
so-called [1]   13/20
society [9]   20/4 20/9 20/10
  20/16 20/21 21/10 21/10 23/20
  24/16
sold [2]   23/4 31/19
some [13]   8/3 10/14 13/24 14/1
  14/13 15/2 16/22 18/4 18/6
  28/17 32/8 32/8 32/20
somebody [3]   5/18 5/22 30/9
someone [4]   17/10 21/4 24/4
  32/15
something [2]   14/8 14/9
sometimes [2]   7/22 15/22
somewhat [1]   16/21
son [27]   4/20 4/22 4/25 5/14
  6/2 6/5 6/12 6/20 6/25 7/3 7/3
  7/4 8/2 8/3 8/4 8/4 8/5 8/8
  8/10 8/18 8/22 8/24 10/2 19/3
  19/7 19/11 32/1
son's [3]   5/2 6/15 6/15
song [1]   7/23
sorrow [1]   32/21
sorry [1]   4/15
sort [2]   24/10 25/15
sound [1]   9/25
sounds [1]   20/23
speak [1]   4/11
speakin' [1]   27/13
speaks [1]   24/19
special [2]   33/18 33/24
specifically [1]   25/25
spectators [1]   16/14
spell [1]   28/8
spending [1]   27/3
spent [1]   18/22
spoke [2]   31/13 31/15
spoon [2]   28/23 28/23
Spring [2]   17/25 18/21
standing [1]   19/1
standpoint [1]   15/13
start [1]   3/7
started [7]   5/15 5/19 5/20 5/20
  6/16 16/20 21/13
state [4]   4/12 17/13 22/2 28/6
states [6]   1/1 1/3 1/15 2/8
  2/15 12/21
statistical [1]   22/18
statistics [1]   17/4
stay [1]   6/12
staying [1]   27/4
stenographic [1]   35/15
step [4]   4/9 5/14 13/22 13/23
steps [1]   12/2

still [4]   19/12 24/1 30/5 30/14
stone's [2]   19/3 19/7
stop [2]   20/21 23/8
stopped [2]   6/16 6/16
street [6]   1/24 5/18 5/21 5/23
  18/19 19/13
streets [6]   10/4 19/22 19/23
  23/12 27/5 28/22
stressin' [1]   27/12
submit [4]   18/11 23/24 24/17
  25/9
submitting [3]   22/10 22/19
  25/23
substance [2]   34/1 34/21
subtract [1]   28/21
such [1]   17/15
sufficient [3]   15/23 15/25
  33/10
suggesting [2]   22/17
suicidal [1]   8/23
sum [1]   15/8
Sun [1]   17/10
superseding [3]   2/11 33/16 35/3
superseding indictment [2]   2/11
  33/16
supervised [3]   33/20 33/23
  33/23
supporting [1]   27/9
suppose [1]   11/2
sure [8]   11/17 13/10 31/24
  32/22 34/9 34/20 35/4 35/6
surge [1]   18/5
system [3]   21/1 21/5 24/5

## T

table [2]   2/12 2/21
take [5]   9/13 29/12 29/14 29/15
  30/16
taken [6]   29/8 29/8 30/8 30/13
  32/3 32/4
takes [1]   25/11
taking [3]   25/19 27/3 35/8
talk [4]   9/3 10/1 20/18 27/19
talked [3]   9/2 11/18 11/24
talking [2]   10/1 22/1
talks [1]   35/8
Tana [2]   7/13 7/14
tape [1]   5/25
target [1]   12/14
Task [1]   2/13
Taylor [1]   9/20
tears [2]   7/21 7/23
tell [9]   5/10 7/2 7/4 7/6 7/17
  13/23 24/4 26/20 30/25
ten [1]   25/4
Terrace [1]   21/15
terrible [1]   32/10
testified [2]   18/17 18/18
testing [1]   34/1
TFO [1]   1/20
TFO/Detective Mark Neptune [1]
  1/20
than [8]   12/15 13/4 14/8 14/9
  15/24 17/6 21/3 31/2
thank [30]   2/7 2/16 2/17 2/23
  3/6 3/18 4/17 9/15 9/16 9/18
  9/19 10/3 10/6 16/7 16/8 16/10
  26/4 26/5 26/5 26/15 27/8 27/12
  27/13 27/15 27/16 28/11 30/19
  30/24 30/24 35/11
that [186]

that'll [1]   15/2
that's [47]   8/8 10/5 10/14
  14/20 15/10 15/18 15/22 16/3
  18/7 19/15 19/17 19/18 21/1
  22/22 23/20 26/19 27/6 28/5
  28/20 29/15 29/16 29/16 29/18
  30/1 30/18 33/2
their [5]   8/21 9/13 9/14 10/21
  24/8
them [12]   9/18 10/22 12/12
  15/14 15/15 20/1 20/5 20/6 20/7
  20/7 27/12 29/12
then [12]   4/4 5/1 5/16 6/16
  6/16 8/11 8/21 15/12 17/22
  18/23 20/25 28/22
there [36]
there's [11]   3/17 3/21 4/4 6/20
  18/5 19/16 31/2 32/23 32/23
  33/12 33/17
these [9]   3/22 8/12 10/4 13/24
  14/1 18/10 23/12 28/21 31/11
they [26]   5/22 6/7 8/7 9/8 9/17
  9/17 9/18 10/9 11/18 12/14 15/5
  15/8 17/14 18/4 18/6 18/6 20/1
  20/13 24/6 24/8 26/24 27/11
  29/22 31/9 31/9 34/5
thing [4]   6/25 7/20 7/23 25/23
things [17]   3/23 9/9 9/22 16/22
  16/24 17/3 18/10 18/12 19/8
  21/9 22/8 24/18 24/19 24/20
  27/3 31/4 31/6
think [17]   3/21 16/11 16/15
  16/16 17/2 17/24 19/7 19/8 19/8
  23/17 24/12 25/19 30/25 32/14
  33/3 33/7 33/10
thinking [1]   6/11
thinks [2]   8/3 9/5
this [69]
those [8]   12/15 12/21 15/22
  15/23 20/19 24/8 32/10 35/4
though [1]   9/21
thought [1]   13/15
thoughts [1]   8/23
threat [1]   24/16
three [2]   12/12 12/15 19/9
  28/21 29/8
through [6]   3/19 6/9 8/12 9/9
  9/10 31/18
throw [2]   19/3 19/7
time [18]   5/15 6/19 6/21 6/21
  8/7 10/23 11/15 13/18 13/18
  16/13 18/22 23/15 24/5 24/25
  27/3 29/3 32/16 33/2
times [2]   27/11
Title [1]   15/13
Title 18 [1]   15/13
today [10]   7/9 15/3 16/16 16/20
  16/22 17/2 23/25 24/1 24/18
  25/11
together [2]   4/20 8/7
told [8]   4/23 7/7 7/10 7/12
  7/13 7/16 15/4 29/15
Tony [1]   5/18
Tony's [5]   5/8 5/16 7/6 8/16
  9/2
too [3]   23/9 25/17 32/24
took [4]   4/21 6/7 8/6 17/20
top [1]   14/14
total [1]   12/21
towards [1]   5/20
tragedy [1]   31/1
tragic [1]   29/9

**T**

transcript [1]   35/14
treated [1]   12/23
treatment [2]   33/25 34/17
trial [3]   2/21 11/9 17/4
tries [1]   9/1
triple [1]   15/11
triple murder [1]   15/11
trouble [2]   29/3 30/4
truly [1]   32/21
try [2]   8/11 10/20
trying [2]   6/9 30/9
TTG [1]   13/5
turn [1]   26/7
turns [1]   33/12
twice [1]   18/3
two [11]   12/12 13/2 13/13 14/10
  14/22 14/25 15/18 16/2 17/6
  24/17 27/13 29/8
type [3]   14/3 14/13 28/17

**U**

U.S [1]   1/20
U.S. [2]   2/13 19/25
U.S. Attorney [1]   2/13
U.S. Attorney's [1]   19/25
uncomfortable [1]   10/9
under [7]   3/24 13/20 14/5 14/5
  24/21 32/9 33/10
undergo [1]   14/3
understand [8]   13/8 13/15 20/8
  23/21 30/3 30/8 30/8 32/20
understanding [1]   21/20
understands [2]   31/14 31/15
unfortunate [1]   21/22
UNITED [5]   1/1 1/3 1/15 2/8
  2/15
United States [2]   2/8 2/15
unless [1]   16/5
up [28]   5/15 8/19 9/17 12/2
  13/24 13/25 18/24 18/25 19/6
  19/6 19/22 22/7 22/21 22/23
  22/24 22/25 23/1 28/19 29/6
  29/18 29/21 30/2 30/5 32/6 32/9
  32/15 32/18 34/14
uplifting [1]   27/11
upon [1]   21/7
Urban [1]   1/20
Urban's [1]   12/20
us [11]   12/24 15/2 17/20 23/18
  24/10 25/1 28/22 29/9 29/13
  29/23 30/13
use [1]   15/22
used [5]   8/19 8/20 9/20 18/23
  19/2

**V**

Valencia [2]   4/14 4/16
Valencia Bullock [1]   4/14 4/16
verdict [5]   2/10 3/2 10/18
  10/25 11/5
versus [1]   2/8
very [13]   6/20 7/3 24/18 26/5
  30/24 31/3 32/5 32/5 32/7 32/10
  32/15 32/18 32/18
victim [3]   4/7 22/20 23/6
victim's [1]   31/15
victims [2]   4/7 10/8
victims' [1]   32/3
video [1]   11/12
view [1]   17/25

violence [6]   18/5 22/19 23/5
  23/12 24/24 26/24
violent [1]   18/15
vocational [2]   34/2 34/22

**W**

walk [6]   4/23 4/25 6/1 6/2 10/4
  23/19
walking [1]   5/20
want [22]   2/6 4/19 9/3 9/15
  16/16 19/10 19/14 20/2 20/8
  26/17 26/22 27/1 27/6 27/8
  27/20 28/14 28/16 28/24 29/6
  29/25 30/18 34/4
wanted [3]   10/23 29/22 30/1
wants [1]   4/4
was [69]
wasn't [5]   4/24 5/4 8/3 12/10
  29/10
watch [1]   8/19
watched [2]   4/22 4/25
watches [1]   19/12
watching [2]   5/14 10/18
way [3]   3/22 11/22 13/25
we [69]
we're [6]   2/9 15/3 15/4 15/4
  21/22 32/22
we've [2]   15/14 31/1
wealthy [1]   18/2
weathered [1]   17/11
week [3]   8/13 8/13 8/15
well [13]   3/19 5/10 12/10 13/17
  14/25 15/15 18/9 19/6 19/6
  19/19 20/20 27/14 32/14
went [5]   5/3 5/6 8/6 24/6 30/5
were [15]   3/20 6/20 8/20 10/7
  10/9 10/10 12/12 12/14 15/5
  15/8 18/23 22/25 24/8 31/11
  31/19
weren't [1]   22/6
west [1]   5/3
what [46]
what's [2]   4/2 13/21
whatever [3]   4/18 9/17 31/25
when [35]   5/2 5/4 5/6 5/15 5/24
  6/7 7/2 7/7 9/7 10/1 10/18
  10/24 11/5 11/10 11/18 11/23
  15/5 15/13 15/22 18/4 18/5
  19/14 19/19 20/11 21/13 23/6
  23/14 24/8 27/2 27/11 27/11
  29/2 29/2 29/18 29/21
whenever [1]   6/22
where [18]   6/2 6/5 7/25 8/7
  11/13 11/13 12/3 12/11 12/24
  15/7 16/13 17/2 18/21 18/22
  20/16 21/9 23/1 31/9
whether [7]   14/4 14/22 15/18
  16/2 30/23 33/1 33/5
which [13]   3/20 5/7 10/10 10/15
  12/21 15/4 18/6 18/16 23/15
  24/13 24/24 25/7 30/15
while [2]   12/14 23/11
who [22]   2/20 7/4 7/13 10/8
  11/23 15/3 17/10 19/7 20/7
  21/14 22/22 23/2 23/3 23/4 24/1
  24/1 24/6 24/23 25/13 28/15
  31/13 31/15
who's [5]   7/3 17/11 21/4 23/3
  24/4
whole [1]   28/20
why [5]   8/20 9/8 13/6 14/20
  32/8

will [26]   4/5 10/4 11/12 11/18
  14/15 13/25 13/25
  14/16 15/6 16/6 17/1 20/7 20/17
  23/18 24/4 24/22 25/23 32/4
  32/20 33/13 34/5 34/6 35/4
  35/10
wisdom [1]   13/19
within [2]   5/12 34/14
without [4]   6/24 10/16 20/2
  20/2
witness [3]   4/8 18/17 18/18
witnesses [1]   9/17
won't [1]   19/20
wondering [1]   28/3
words [1]   15/23
work [2]   6/22 7/25
working [4]   9/22 18/1 30/11
  31/20
working-class [1]   18/1
world [3]   6/25 20/2 20/4
worst [2]   6/25 6/25
worth [1]   15/8
would [28]   4/8 4/9 4/23 5/3
  6/23 9/22 10/19 13/17 15/21
  16/22 16/23 16/23 18/24 20/2
  21/17 23/1 23/4 23/17 25/5 25/7
  25/21 25/25 28/4 28/5 30/4 30/4
  30/9 32/18
wouldn't [2]   6/21 20/8
wrong [1]   19/15

**Y**

y'all [1]   28/16
yeah [2]   5/9 6/8
year [11]   17/7 17/9 17/17 18/6
  18/7 18/8 19/3 19/11 19/16 25/3
  25/5
years [27]   5/14 7/6 13/1 14/2
  14/12 14/12 15/20 17/7 17/8
  18/5 18/6 18/19 19/9 19/14 21/5
  21/16 24/24 25/4 25/4 25/5 25/6
  25/7 25/18 25/21 29/11 33/22
  33/23
yes [5]   3/16 4/18 5/17 26/13
  28/5
yesterday [1]   8/24
yet [1]   32/22
you [80]
you'd [3]   4/18 26/18 26/21
you'll [1]   35/8
you're [7]   14/12 22/1 23/24
  23/25 24/2 24/20 35/6
you've [1]   6/4
young [2]   22/12 23/25
younger [1]   24/12
youngest [2]   7/4 8/24
your [54]
Your Honor [39]
Your Honor's [1]   16/3
youthful [1]   13/3

**Z**

Zweizig [3]   1/23 35/13 35/18