FILED: September 9, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 19-4123 (L)
(1:16-cr-00597-CCB-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MONTANA BARRONETTE

Defendant - Appellant

———————————

No. 19-4160
(1:16-cr-00597-CCB-10)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON WILSON, a/k/a Ali

Defendant – Appellant

_____

No. 19-4180
(1:16-cr-00597-CCB-6)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN HARRISON, a/k/a Binkie

Defendant - Appellant

_____

No. 19-4181
(1:16-cr-00597-CCB-7)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LINTON BROUGHTON, a/k/a Marty

Defendant - Appellant

_____

No. 19-4328
(1:16-cr-00597-CCB-2)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

TERRELL SIVELLS

   Defendant - Appellant

     _____

     No. 19-4408
     (1:16-cr-00597-CCB-3)

     _____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

TAURUS TILLMAN

   Defendant - Appellant

     _____

     No. 19-4562
     (1:16-cr-00597-CCB-12)

     _____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

TIMOTHY FLOYD, a/k/a Tim Rod

Defendant - Appellant

_____

No. 19-4726
(1:16-cr-00597-CCB-8)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DENNIS PULLEY, a/k/a Denmo

Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered August 18, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*