## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **v.** | * |
| | * |
| **MONTANA BARRONETTE, ET AL.,** | *   CRIMINAL NO. GLR-16-597 |
| | * |
| **Defendants.** | * |
| | * |

*******

## MOTION FOR EXTENSION OF TIME TO RESPOND TO HABEAS PETITIONS

Comes now the United States of America, by and through undersigned counsel, and respectfully seeks an additional extension of time to June 17, 2024, to respond to the Defendants' remaining habeas petitions (ECF Nos. 823, 825, 826, and 831), and in support whereof states as follows:

1. On November 1, 2018, following trial, a federal jury found Defendants Montana Barronette, Terrell Sivells, Taurus Tillman, John Harrison, Linton Broughton, Dennis Pulley, Brandon Wilson, and Timothy Floyd guilty of various federal offenses.  ECF 491.

2. The defendants were subsequently sentenced.

3. The defendants filed a direct appeal, but the Fourth Circuit affirmed in substantial part, and remanded only one defendant for resentencing.  46 F.4th 177 (4th Cir. 2023).

4. The defendants subsequently filed habeas petitions under 28 U.S.C. § 2255.  Specifically, habeas petitions have been filed by Brandon Wilson (ECF 823), Linton Broughton (ECF 825), Montana Barronette (ECF 826), John Harrison (ECF 827, 834), and Terrell Sivells (ECF 831).

5. The Court has ordered the government to respond to these motions.  Specifically, the Court granted an extension to respond through May 15, 2024.  ECF 869.

6. The government has been diligently working on responses.  Specifically, on April 19, 2024, the government filed a response to defendant Harrison's petitions.  ECF 870.  The government is now turning to the remaining petitions.

7. Because of the complexity and numerosity of the factual and legal claims made by the defendants' filings, and because of the press of numerous other matters before this Court and the Fourth Circuit, the government is not currently in a position to respond to the remaining petitions by the current deadlines. Accordingly, the government seeks an extension of time through and including June 17, 2024, to respond to these motions.

8. The government has not had an opportunity to consult with the defendants regarding this motion because they are currently incarcerated and are proceeding pro se on habeas. However, the government submits that the defendants will not be prejudiced by the grant of this motion.

Wherefore, the government respectfully requests that the Court grant this motion and order that the government's responses to ECF Nos. 823, 825, 826, and 831 are now due by June 17, 2024. A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:\_\_\_\_/s/_____
Jason D. Medinger (Bar No. 28470)
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that the following was filed with the Court via CM/ECF, and that a hard copy was served on the defendants by U.S. Mail at their listed addresses at BOP.

By:\_\_\_\_/s/_____
Jason D. Medinger (Bar No. 28470)
Assistant United States Attorney
36 South Charles Street
Fourth Floor

Baltimore, Maryland 21201
(410) 209-4800