UNITED STATES DISTRICT OF MARYLAND
DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUN 2 6 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES OF AMERICA

Vs.                                    Criminal No. 16-597

MONTANA BARRONETTE

    Movant

_____/

## MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO RELIEF UNDER 28 U.S.C. 2255

Movant, Montana Barronette, *Pro Se*, hereby requests that the Court grant him an <u>Extension of Time</u> in which to file a Reply to the Government's Opposition (Doc. 879), and, as cause, states:

On November 6, 2023, Mr. Barronette filed a Motion for Relief from Judgment under 28 U.S.C. §2255. Doc. 826. By Order dated December 6, 2023, the Court Ordered the Government to respond to the Motion not later than 60 days from the date of the order. Doc. 837.

On February 8, 2024, the Government requested and was <u>granted</u> an extension of time to file a response. *See* Docs. 855 & 858. The Government later requested three additional extensions of time in which to file a response, of which the Court granted. *See* Docs. 864, 866, 868, 869, 874, 875. On June 10, 2024, the Government responded to Mr. Barronette's Motion. Doc. 879.

To date, however, Mr. Barronette has not received a copy of the Government's response, and was only informed that such response had been filed by family members. Therefore, Mr. Barronette asks the Court to Order the Government to send him a copy of their response, and, that Mr. Barronette be given up and until <u>August 20, 2024</u>, in which to file a Reply.

WHEERFORE, Mr. Barronette respectfully asks that the Motion to Extend Time to file a Reply be Granted.

Respectfully submitted,

_____
Montana Barronette #62786-037
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2024, I mailed a copy of the Motion for Extension of Time to: Office of the U.S. Attorney, 36 S. Charles Street, Baltimore, MD 21201, by placing same in the U.S. mail system, postage prepaid.

_____
MONTANA BARRONETTE